1  BRYAN J. SINCLAIR (SBN 205885)
   Email: bryan.sinclair@bipc.com
2  KARINEH KHACHATOURIAN (SBN 202634)
   Email: karineh.khachatourian@bipc.com
3  BUCHANAN INGERSOLL & ROONEY LLP
   333 Twin Dolphin Drive, Suite 700
4  Redwood Shores, California  94065-1418
   Telephone:  (650) 622-2300
5  Facsimile:   (650) 622-2499

6  GEORGE GOTTLIEB (TO BE ADMITTED *PRO HAC VICE*)
   Email: ggottlieb@grr.com
7  MARC P. MISTHAL (TO BE ADMITTED *PRO HAC VICE*)
   Email: mmisthal@grr.com
8  GOTTLIEB RACKMAN & REISMAN, P.C.
   270 Madison Avenue
9  New York, NY  10016-0601
   Telephone:  (212) 684-3900
10 Facsimile:  (212) 684-3999

11 Attorneys for Plaintiff,
   KNOLL, INC.
12

13            UNITED STATES DISTRICT COURT

14           NORTHERN DISTRICT OF CALIFORNIA

15 KNOLL, INC., a Delaware corporation,         Case No.

16              Plaintiff,                       **COMPLAINT FOR TRADEMARK
                                                 INFRINGEMENT AND RELATED
17      vs.                                      CAUSES**

18 DANRICK COMMERCE GROUP, LLC a/k/a
   MODERNCOLLECTIONS.COM, DANNY            **DEMAND FOR JURY TRIAL**
19 LOUIE, and DOES A-Z, Retailers for
   Alphaville Design, Inc.,
20

21              Defendants.

22

23

24

25

26

27

28

1   Knoll, Inc. ("Plaintiff" or "Knoll") by its attorneys, hereby complains and alleges against

2   Danrick Commerce Group, LLC a/k/a Moderncollections.com ("ModernCollections"), Danny Louie

3   ("Louie") and DOES A-Z ("Does"), Retailers for Alphaville Design, Inc. (collectively

4   "Defendants") as follows:

5                                    **JURISDICTION AND VENUE**

6         1.      This is an action for violations of Sections 32 and 43 (a) of the Lanham Act, 15

7   U.S.C. §§ 1114, 1125; for violations of Cal. Bus. & Prof. Code §§ 14247 and 17200; and for

8   violation of the common law of the State of California pertaining to unfair competition.

9         2.      This Court has jurisdiction over the subject matter of these claims pursuant to 28

10  U.S.C. § 1338 and under principles of supplemental jurisdiction, 28 U.S.C. §1367(a)   Venue is

11  proper in this judicial district pursuant to 28 U.S.C. § 1391.

12                                          **THE PARTIES**

13        3.      Plaintiff Knoll, Inc. ("Knoll") is a corporation organized and existing under the laws

14  of the State of Delaware, maintaining a place of business at 76 Ninth Avenue, New York, New

15  York.

16        4.      Knoll is a leading designer and manufacturer of branded furniture.

17        5.      Knoll believes that good design is good business.  Indeed, since its founding in 1938,

18  Knoll has been recognized as a design leader worldwide.

19        6.      Knoll products are exhibited in major art museums worldwide, with more than 30

20  Knoll pieces in the permanent Design Collection of The Museum of Modern Art in New York, New

21  York.

22        7.      Upon information and belief, Alphaville Designs, Inc. ("Alphaville") is a business

23  organized and existing under the laws of the State of Delaware, maintaining a place of business at

24  41460 Christy Street, Fremont, California 94538.

25        8.      Upon information and belief, Alphaville sells its furniture products to retailers

26  throughout the United States, including counterclaim defendants Danrick Commerce Group, LLC

27  a/k/a Moderncollections.com, LaFlat in New York, H.D. Buttercup in Los Angeles,

28  Homeelement.com in New Jersey and Does A-Z.

9.      Upon information and belief, Defendant Danny Louie ("Louie") is an individual maintaining a place of business at 1564-A Fitzgerald Drive #283, Pinole, California 94564.

10.     Upon information and belief, Defendant Danrick Commerce Group, LLC a/k/a Moderncollections com ("ModernCollections") is a business organized and existing under the laws of the State of California, maintaining a place of business at 1564-A Fitzgerald Drive #283, Pinole, California 94564. Upon information and belief, Defendant Louie is a principal and owner of ModernCollections. As a result of the foregoing, Louie controls ModernCollections and directs its activities, especially with respect to the activities complained of herein.

11.     Defendant ModernCollections conducts its business over the internet through its website at http://www.moderncollections.com.

12.     Defendants Louie and ModernCollections transact business within this district, derive revenue from intrastate and interstate commerce, and have committed tortious acts within this district and also without this district having consequences within this district, and Louie and ModernCollections are otherwise within the jurisdiction of this Court.

13.     The true names and capacities, whether individual, corporate or otherwise, of the Defendants named herein as Does A through Z are presently unknown to Knoll, who therefore sues said Defendants by such fictitious names. Knoll will seek to amend these counterclaims to allege the true names and capacities of said Defendants when it has ascertained such information. Knoll is informed and believes that each Defendant named herein as Does A through Z is a retailer who purchases furniture products from Alphaville and has participated in some or all of the acts or conduct alleged in these counterclaims, or otherwise orchestrated, supervised or were aware of, or should have been aware of, the infringing conduct as herein alleged, and is therefore liable to Knoll by reason thereof.

## FACTS COMMON TO ALL COUNTS

## LUDWIG MIES VAN DER ROHE

14.     Ludwig Mies van der Rohe ("Mies van der Rohe") was a world-famous architect and one of the most influential architects of the twentieth century.

15.     Mies van der Rohe was the director of the Bauhaus school of design from 1930 to

- 2 -

1  1933, and moved to the United States in 1937 to continue his architectural activities.

2      16.    Among Mies van der Rohe's more well-known architectural works are the Seagram

3  Building in New York City; the Lakeshore Drive Apartments in Chicago, Illinois; the German

4  Pavilion for the 1929 Barcelona International Exhibition; and the Tugendhat House, in Brno, Czech

5  Republic.

6              **THE GERMAN PAVILION**

7      17.    In 1928, Mies van der Rohe was asked to design the German pavilion for the 1929

8  Barcelona International Exhibition.  The result was one of Mies van der Rohe's most well-known

9  architectural designs.

10             A.  The Barcelona Chair

11      18.    In addition to designing the German Pavilion, Mies van der Rohe also designed the

12  furniture featured inside the pavilion.  He designed a chair in the form of the design that is set forth

13  below:



20  Architects, the furniture trade and the public have come to refer to this chair as the "Barcelona

21  Chair".

22             B.  The Barcelona Stool

23      19.    Along with the "Barcelona Chair", Mies van der Rohe also designed an ottoman for

24  the German Pavilion in the form of the design that is set forth below:



Architects, the furniture trade and the public have come to refer to this ottoman as the "Barcelona Stool".

### C.  The Barcelona Couch

20.    In 1930, Mies van der Rohe designed a couch or daybed that later gained fame when he featured it in the Farnsworth House, which he designed in 1948 for Dr. Edith Farnsworth.  The couch was in the form of the design that is set forth below:



Architects, the furniture trade and the public have come to refer to this couch as the "Barcelona Couch".

### THE TUGENDHAT HOUSE

21.    In 1928, Mies van der Rohe was commissioned to design a home for Grete and Fritz Tugendhat.  The resulting Tugendhat House in Brno, Czech Republic is one of Mies van der Rohe's most well-known architectural designs.

### A.  The Flat Brno Chair

22.    In addition to designing the Tugendhat House, Mies van der Rohe also designed

- 4 -

much of the furniture used to furnish the Tugendhat House. He designed for the Tugendhat House a chair in the form of the design that is set forth below:



Architects, the furniture trade and the public have come to refer to this chair as the "Flat Brno Chair".

B. The Barcelona Table

23.     Along with the "Flat Brno Chair", Mies van der Rohe also designed a table for the Tugendhat House in the form of the design that is set forth below:

Architects, the furniture trade and the public have come to refer to this table as the "Barcelona Table" or the "Tugendhat Table".

KNOLL AND ITS RIGHTS IN THE BARCELONA COLLECTION

24.     By an agreement dating from November 1, 1965, Mies van der Rohe assigned all rights, title and interest in and to the design of the Barcelona Chair, the Barcelona Stool, the Barcelona Couch, the Barcelona Table and the Flat Brno Chair (hereinafter collectively referred to as the "Barcelona Collection") to predecessors of Knoll as to the rights herein involved.

25.    Knoll and its predecessors in interest as to the rights herein involved have been continuously manufacturing, displaying, promoting and selling the Barcelona Collection since at least as early as January 1, 1954.

26.    The various furniture items in the Barcelona Collection have been the subjects of third party commentary in numerous books, newspaper articles and magazine articles, virtually all of which identify Knoll or its predecessors in interest as to the rights herein involved as the source of these items.

27.    The various furniture items in the Barcelona Collection are in the collections of numerous museums featuring design around the world, and have been featured in a number of museum exhibitions.

28.    The Barcelona Collection is in the Museum of Modern Art's design collection. Some of these pieces have been there since the 1950s. The Museum of Modern Art, as well as other museums, always identify Mies van der Rohe as the designer of the Barcelona Collection, and Knoll as the source and manufacturer of these items.

29.    Knoll markets and sells the Barcelona Collection throughout the United States and internationally. In connection with these efforts, Knoll maintains an internet website at http://www.knoll.com, which contains information about Knoll's furniture products. Knoll also issues advertising and promotional material relating to the Barcelona Collection, and has done so for many years.

30.    As a result of all of the foregoing sales, manufacturing and promotional efforts, the Barcelona Chair, the Barcelona Stool, the Barcelona Couch, the Barcelona Table and the Flat Brno Chair have come to be associated with Knoll as their source.

### KNOLL'S TRADEMARK REGISTRATIONS

31.    On or about October 12, 2004, after examination, the Barcelona Chair was registered as a trademark with the United States Patent and Trademark Office. Knoll's registration for the Barcelona Chair, No. 2,893,025, remains in full force and effect. A copy of this registration is attached as Exhibit 2.

32.    On or about October 19, 2004, after examination, the Barcelona Stool was registered

as a trademark with the United States Patent and Trademark Office. Knoll's registration for the Barcelona Stool, No. 2,894,977, remains in full force and effect. A copy of this registration is attached as Exhibit 3.

33.     On or about October 19, 2004, after examination, the Barcelona Couch was registered as a trademark with the United States Patent and Trademark Office. Knoll's registration for the Barcelona Couch, No. 2,894,980, remains in full force and effect. A copy of this registration is attached as Exhibit 4.

34.     On or about October 19, 2004, after examination, the Barcelona Table was registered as a trademark with the United States Patent and Trademark Office. Knoll's registration for the Barcelona Table, No. 2,894,979, remains in full force and effect. A copy of this registration is attached as Exhibit 5.

35.     On or about October 19, 2004, after examination, the Flat Brno Chair was registered as a trademark with the United States Patent and Trademark Office. Knoll's registration for the Flat Brno Chair, No. 2,894,978, remains in full force and effect. A copy of this registration is attached as Exhibit 6.

36.     Knoll duly recorded its trademark registrations for the Barcelona Chair, Barcelona Stool, Barcelona Couch, Barcelona Table and Flat Brno Chair with U.S. Customs and Border Protection in January 2005.

37.     Knoll is the owner of U.S. Trademark Registration No. 772,313 for the mark BARCELONA, which issued, after examination, on or about June 30, 1964. Said registration remains in full force and effect and is now incontestable under 15 U.S.C. § 1065. A printout from the website of the United State Patent and Trademark Office showing the particulars of this registration is attached as Exhibit 7.

## MODERNCOLLECTIONS

38.     Upon information and belief, ModernCollections is a marketer and retailer of furniture and related products, much of it embodying "modern design".

39.     ModernCollections and Louie, through the website at www.moderncollections.com, advertise, promote and offer for sale furniture products in the form of the designs that are the

- 7 -

1  subjects of Knoll's aforementioned trademark registrations. Indeed, on its website,

2  ModernCollections compares the infringing products it sells to those sold by Knoll and admits that

3  its infringing products come from Asia. Printouts of representative pages from ModernCollections'

4  website are attached as Exhibit 8.

5      40.    On June 26, 2007, Knoll sent a notice letter to ModernCollections. At the time it

6  sent the June 26, 2007 notice letter, Knoll was unaware that Alphaville was supplying

7  ModernCollections with infringing products. ModernCollections did not respond to that notice

8  letter.

9      41.    On July 19, 2007, Knoll's counsel sent a second notice letter to ModernCollections.

10 The July 19, 2007 notice letter included a draft complaint and advised that Knoll would file the

11 complaint if it received no response from MordernCollections. ModernCollections did not respond

12 to that notice letter.

13     42.    Despite having received notice of their infringing activities, ModernCollections and

14 Louie have sold and continue to sell products in the form of or derivative of the designs that are the

15 subjects of Knoll's aforementioned trademark registrations in California and throughout the United

16 States.

17                              **ALPHAVILLE**

18     43.    Upon information and belief, defendant Alphaville manufactures, imports, and/or

19 distributes furniture products that are the subjects of Knoll's aforementioned trademark

20 registrations, to customers throughout the United States, including to customers in California.

21     44.    Upon information and belief, defendant Alphaville is the supplier to

22 ModernCollections and other retailers across the country of the furniture products that are the

23 subjects of Knoll's aforementioned trademark registrations.

24     45.    On August 15, 2007, Knoll sent a notice letter to Alphaville. A copy of this notice

25 letter is attached as Exhibit 1.

26     46.    Defendants have sold and continue to sell products in the form of or derivative of the

27 designs that are the subjects of Knoll's aforementioned trademark registrations in California and

28 throughout the United States.

## COUNT I [TRADEMARK INFRINGEMENT]

47.    Knoll repeats and realleges each allegation in paragraphs 50-102 as if set forth in full herein.

48.    Knoll has never authorized the Defendants to sell reproductions of the Barcelona Chair, the Barcelona Stool, the Barcelona Couch, the Barcelona Table or the Flat Brno Chair.

49.    Knoll has never authorized the Defendants to use its BARCELONA mark in connection with the sale of reproductions of the Barcelona Chair, the Barcelona Stool, the Barcelona Couch, the Barcelona Table or the Flat Brno Chair.

50.    Upon information and belief, the Defendants' acts have been done willfully and intentionally, with full knowledge of Knoll's trademark rights.

51.    Knoll has given the Defendants due notice of Knoll's rights, and on information and belief, the Defendants have failed to cease their infringing acts. The continuation of Defendants' infringing acts have and will cause Knoll irreparable harm and injury.

52.    Defendants have improperly sold goods in the form of the designs that are the subject of Knoll's trademark registrations with the intent to cause confusion and mistake, to deceive and mislead the purchasing public and to improperly appropriate the valuable trademark rights of Knoll.

53.    Defendants' said acts violate Section 32 of the Lanham Act, 15 U.S.C. § 1114.

54.    Knoll has no adequate remedy at law and is suffering irreparable harm and damages as a result of the wrongful acts of the Defendants in an amount thus far not determined, but, on information and belief, the Defendants' acts, if continued, will result in damages to be awarded against the Defendants in excess of $1,000,000.

## COUNT II [FALSE DESIGNATION OF ORIGIN]

55.    Knoll repeats and realleges each allegation in paragraphs 50-110 as if set forth in full herein.

56.    Defendants ModernCollections and Louie, on their website, present their unauthorized copies of the Barcelona Chair, the Barcelona Stool, the Barcelona Couch, the Barcelona Table and the Flat Brno Chair in connection with text describing the context in which

1   Mies van der Rohe created these designs, creating the impression that the products offered for sale

2   by defendants are authentic.

3        57.    Defendants' efforts to misrepresent themselves as a legitimate source of the

4   Barcelona Chair, the Barcelona Stool, the Barcelona Couch, the Barcelona Table or the Flat Brno

5   Chair takes control of the reputation and goodwill of the designs for those items away from Knoll,

6   which owns and is responsible for the goodwill of those designs in the United States.

7        58.    Defendants have improperly sold goods in the form of the designs that are the

8   subject of Knoll's aforementioned trademark registrations with the intent to cause confusion and

9   mistake, to deceive and mislead architects, the furniture trade and the purchasing public and to

10   improperly appropriate the valuable trademark rights of Knoll.

11        59.    Defendants' said acts violate Section 43 (a) of the Lanham Act, 15 U.S.C. § 1125

12   (a).

13        60.    Knoll has no adequate remedy at law, and is suffering irreparable harm and damages

14   as a result of the wrongful acts of the Defendants in an amount thus far not determined, but, on

15   information and belief, Defendants' acts, if continued, will result in damages to be awarded against

16   Defendants in excess of $1,000,000.

17                  **COUNT III [COMMON LAW UNFAIR COMPETITION]**

18        61.    Knoll repeats each allegation in paragraphs 50-117 as if set forth in full herein.

19        62.    As a result of Defendants' improper sale of furniture in the form of the designs that

20   are the subject of Knoll's trademark registrations, architects, the furniture trade and the purchasing

21   public are likely to buy Defendants' products in the erroneous belief that they are authorized

22   reproductions of Knoll's trademarked designs.

23        63.    Upon information and belief, Defendants have intentionally misappropriated the

24   designs that are the subject of Knoll's trademark registrations with the intention of causing

25   confusion, mistake and deception among consumers and the trade as to the source of the goods and

26   with the intent to unfairly profit from Knoll's goodwill at Knoll's expense.

27        64.    As a result of the foregoing, Defendants' actions constitute unfair competition which

28   have had and will continue to have a detrimental effect on the general consuming public in violation

1    of the common law of the State of California.

2        65.     Knoll has no adequate remedy at law, and is suffering irreparable harm and damages

3    as a result of the wrongful acts of Defendants in an amount thus far not determined, but, on

4    information and belief, defendants' acts, if continued, will result in damages to be awarded against

5    Defendants in excess of $1,000,000.

6                           **COUNT IV [DILUTION]**

7        66.     Knoll repeats and realleges each allegation of paragraphs 50-122 hereof, as if fully

8    set forth herein.

9        67.     By reason of the practices and acts set forth above, Defendants are likely to injure

10    Knoll's business reputation and dilute the distinctive quality of Knoll's marks, in violation of Cal.

11    Bus. & Prof. Code § 14247.

12        68.     These acts of Defendants are without the permission, license or consent of Knoll and,

13    unless enjoined by this Court, defendants will continue these practices and acts, thereby harming

14    Knoll's business reputation and causing Knoll immediate and irreparable injury.

15        69.     Knoll has no adequate remedy at law and is suffering irreparable harm and damages

16    as a result of the wrongful acts of Defendants in an amount thus far not determined, but, on

17    information and belief, defendants' acts, if continued, will result in damages to be awarded against

18    defendants in excess of $1,000,000.

19        **COUNT V [VIOLATION OF CAL. BUS. & PROF. CODE §17200, ET SEQ.]**

20        70.     Knoll repeats each allegation in paragraphs 50-126 as if set forth in full herein.

21        71.     Upon information and belief, Defendants have intentionally misappropriated the

22    Knoll's registered trademarks with the intention of causing confusion, mistake and deception among

23    consumers and the trade as to the source of the goods and with the intent to unfairly profit from

24    Knoll's goodwill at Knoll's expense.

25        72.     As a result of the foregoing, Defendants' wrongful conduct constitutes intentionally

26    unfair and/or fraudulent business practices as defined by California Business & Professions Code

27    § 17200, which have had and will continue to have a detrimental effect on the general consuming

28    public.

73.    Knoll has no adequate remedy at law, and is suffering irreparable harm and damages as a result of the wrongful acts of Defendants in an amount thus far not determined.

## **PRAYER**

WHEREFORE, Knoll demands:

A.    An injunction permanently enjoining and restraining Defendants, their directors, officers, agents, servants, employees, successors, assigns, subsidiaries, related companies, parent companies, licensees, assigns, and all persons in active concert or participation with them;

1.    From importing, marketing, advertising, distributing or selling furniture in the form of the designs that are the subject of Knoll's trademark registrations;

2.    From passing off or otherwise representing to architects, the furniture trade or public in any way that any product sold by Defendants emanates from, is related in source or sponsorship to, or is in any way related to Knoll;

3.    From injuring Knoll's business reputation by diluting the distinctive quality of Knoll's products; and

4.    From engaging in deceptive trade practices or acts in the conduct of Defendants' business by means of selling products embodying Knoll's trademarked designs;

B.    Directing Defendants to deliver to Knoll or to destroy all furniture in their possession that is in the form of the designs that are the subject of Knoll's trademark registrations;

C.    Directing Defendants to immediately recall and destroy all of their catalogs showing, advertising or promoting furniture that is in the form of the designs that are the subject of Knoll's trademark registrations;

D.    Directing Defendants to remove all references to or images of furniture that are in the form of the designs that are the subject of Knoll's trademark registrations from Defendants' internet websites;

E.    Directing Defendants to account to Knoll for all profits resulting from Defendants' infringing activities;

F.    Awarding Knoll its damages from Defendants' wrongful acts;

G.    Awarding Knoll three times the amount of its damages or Defendants'

- 12 -
COMPLAINT

1  profits, whichever is greater.

2        H.    Awarding Knoll the cost of this action, as well as reasonable attorneys' fees.

3        I.    Awarding Knoll punitive damages as a result of Defendants' wrongful acts;

4  and

5        J.    Awarding Knoll such other and further relief as the Court may deem just and

6  proper.

7                            **DEMAND FOR JURY TRIAL**

8        Pursuant to Federal Rule of Civil Procedure, Plaintiff Knoll, Inc. hereby demands trial by

9  jury of all issues so triable.

10 Dated: February 1, 2008          BUCHANAN INGERSOLL & ROONEY LLP

11

12

13                                 By:    KARINEH KHACHATOURIAN
                                         Attorneys for Plaintiff,
                                         KNOLL, INC.

14

15                                 *OF COUNSEL*
                                   GEORGE GOTTLIEB (TO BE ADMITTED *PRO HAC VICE*)
                                   Email: ggottlieb@grr.com
16                                 MARC P. MISTHAL (TO BE ADMITTED *PRO HAC VICE*)
                                   Email: mmisthal@grr.com
17                                 GOTTLIEB RACKMAN & REISMAN, P.C.
18                                 270 Madison Avenue
                                   New York, NY 10016-0601
19                                 Telephone: (212) 684-3900
                                   Facsimile: (212) 684-3999
20

21                                 Attorneys for Plaintiff,
                                   KNOLL, INC.
22

23

24

25

26

27

28
   #1034807-v1
                                        - 13 -
                                      COMPLAINT

**EXHIBIT 1**

1235 Water Street
East Greenville, PA 18041
Tel 215 679-1335
Fax 215 679-1013

**John M. Wilson**
Assistant General Counsel

CERTIFIED MAIL

August 15, 2007

Alphaville Design
1563 Solano Ave , #168
Berkeley, CA 94707

Re: Trademark Infringement – Knoll, Inc.

Ladies and Gentlemen:



Knoll, Inc. is the owner of all rights, title and interest in and to certain designs of the well-known architect, Ludwig Mies van der Rohe

Mies van der Rohe's designs known as the Barcelona Chair, Barcelona Stool, Barcelona Couch, Barcelona Table and Flat Brno Chair are all registered to Knoll, Inc. in the United States Patent and Trademark Office.  Copies of Knoll, Inc.'s trademark registrations are enclosed.

The Barcelona Chair, Barcelona Stool, Barcelona Couch, Barcelona Table and Flat Brno Chair have all been featured in numerous museums worldwide, have been offered for sale at retail stores for many years, and have been featured in numerous books and periodicals  As a result, the furniture trade and the public have come to associate these designs with Knoll, Inc., and Knoll, Inc. has recognized trademark rights therein

Knoll, Inc. is also the owner of the BARCELONA and KNOLL trademarks, which are both registered in the United States Patent and Trademark Office.  The BARCELONA mark has been widely used in connection with the advertising and sale of authorized reproductions of furniture designed by Ludwig Mies van der Rohe, and the furniture trade and the public have consequently come to associate that mark with such authorized reproductions.

Your company is advertising and selling unauthorized copies of the Barcelona Chair, Barcelona Ottoman, Barcelona Couch, Barcelona Table and Flat Brno Chair, as well as unauthorized derivative products such as the Barcelona Pavilion Day Bed and Barcelona Pavilion Bench under the following names: Mies Pavilion Lounge Chair, Mies Lounge Ottoman, Mies Day Bed, Mies Table, Mies Bench, Mies Brno Flat Chair, Mies Lounge Loveseat Mies Petite Day Bed, Mies Lounge Sofa and Pavilion Pony Chair  Your company may also be inappropriately using the BARCELONA mark  Printouts from your company's website are enclosed for your reference

Your company's advertisement and sale of unauthorized copies and unauthorized derivatives of such products is likely to cause confusion among consumers as to the source of the Barcelona Chair and related products and harm our reputation for exclusivity

August 15, 2007
Page 2

Specifically, your company's advertising and sale of unauthorized copies and derivatives of the above-mentioned products and use of the BARCELONA mark constitutes infringement of our trademarks, misrepresentations as to source or origin, and dilution and unfair competition, all in violation of the Trademark Law of the United States, 15 U.S.C. § 1051, et seq., and related common law

Knoll, Inc. has also recorded its trademark registrations for the Barcelona Chair, Barcelona Stool, Barcelona Couch, Barcelona Table and Flat Brno Chair with the U.S. Customs Service. The importation of unauthorized copies of the Barcelona Chair, Barcelona Ottoman (Stool), Barcelona Couch, Barcelona Table and Flat Brno Chair, as well as unauthorized derivative products violates U.S Customs Laws, and we have been assured by Customs that they will be on the look out for any counterfeit products in the form of these items

Accordingly, we call upon your company to forthwith cease and desist from any act of trademark infringement and making misleading statements. Specifically, we demand that your company:

1)  Immediately stop all use, promotion, display, distribution, offering for sale, sale and/or manufacture of any version of the Barcelona Chair, Barcelona Stool, Barcelona Couch, Barcelona Table and Flat Brno Chair; and

2)  Immediately stop all use of the BARCELONA mark;

3)  Immediately take steps to recall the infringing products; and

4)  Forward to us documentation reflecting the manufacture and importation of the infringing items.

Knoll, Inc. views this matter with considerable concern. In view thereof, we expect your assurances, or that of your counsel, by 5:00 p.m. on August 22, 2007, that our demands set forth above will be met. Please be advised that unless we receive such assurances, Knoll, Inc. will take such steps as appropriate to protect its valuable trademark and trade dress rights. This includes, without limitation, notifying U.S. Customs Enforcement of your unauthorized conduct and request that U.S. Customs seize all unauthorized products upon their entry into the country

This letter constitutes notice of Knoll, Inc.'s trademark rights and is written without waiver of any rights and remedies that Knoll, Inc. may assert to protect its intellectual property

Very truly yours,

John M. Wilson

JMW:alp

Enclosures

cc:  Elizabeth Needle – w/out encl
     Marc Misthal, Esq. – w/out encl.

**EXHIBIT 2**

Int. Cl.: **20**

Prior U.S. Cls.: **2, 13, 22, 25, 32 and 50**

**United States Patent and Trademark Office**

Reg. No. **2,893,025**
Registered Oct. 12, 2004

## TRADEMARK
### PRINCIPAL REGISTER



KNOLL, INC. (DELAWARE CORPORATION)
1235 WATER STREET
EAST GREENVILLE, PA 18041

FOR: CHAIRS, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FIRST USE 1-1-1954; IN COMMERCE 1-1-1954.

THE MARK CONSISTS OF A CONFIGURATION OF A CHAIR WITH A METAL FRAME AND LEATHER CUSHIONS.

SEC. 2(F).

SER. NO. 76-556,817, FILED 10-22-2003.

JAMES A. RAUEN, EXAMINING ATTORNEY

**EXHIBIT 3**

**Int. Cl.: 20**

**Prior U.S. Cls.: 2, 13, 22, 25, 32 and 50**

**United States Patent and Trademark Office**

**Reg. No. 2,894,977**
Registered Oct. 19, 2004

## TRADEMARK
### PRINCIPAL REGISTER



KNOLL, INC. (DELAWARE CORPORATION)
1235 WATER STREET
EAST GREENVILLE, PA 18041

FOR: STOOLS, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50)

FIRST USE 1-1-1954; IN COMMERCE 1-1-1954.

THE MARK CONSISTS OF A CONFIGURATION OF A STOOL WITH A METAL FRAME SUPPORTING A LEATHER CUSHION

SEC. 2(F)

SER. NO. 76-556,816, FILED 10-22-2003.

JAMES A. RAUEN, EXAMINING ATTORNEY

**EXHIBIT 4**

**Int. Cl.: 20**

**Prior U.S. Cls.: 2, 13, 22, 25, 32 and 50**

**United States Patent and Trademark Office**

**Reg. No. 2,894,980**
Registered Oct. 19, 2004

## TRADEMARK
### PRINCIPAL REGISTER



KNOLL, INC. (DELAWARE CORPORATION)
1235 WATER STREET
EAST GREENVILLE, PA 18041

    FOR: COUCHES, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

    FIRST USE 1-1-1954; IN COMMERCE 1-1-1954.

    THE MARK CONSISTS OF A CONFIGURATION OF A COUCH WITH A METAL FRAME SUPPORTING A LEATHER CUSHION.

    SEC. 2(F).

    SER. NO. 76-556,824, FILED 10-22-2003.

    THEODORE MCBRIDE, EXAMINING ATTORNEY

**EXHIBIT 5**

Int. Cl.: 20

Prior U.S. Cls.: 2, 13, 22, 25, 32 and 50

## United States Patent and Trademark Office

Reg. No. 2,894,979
Registered Oct. 19, 2004

## TRADEMARK
### PRINCIPAL REGISTER



KNOLL, INC. (DELAWARE CORPORATION)
1235 WATER STREET
EAST GREENVILLE, PA 18041

FOR: TABLES, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50)

FIRST USE 1-1-1954; IN COMMERCE 1-1-1954

THE MARK CONSISTS OF A CONFIGURATION OF A TABLE WITH A METAL BASE AND A GLASS TOP.

SEC. 2(F).

SER. NO. 76-556,821, FILED 10-22-2003.

JAMES A. RAUEN, EXAMINING ATTORNEY

**EXHIBIT 6**

Int. Cl.: 20

Prior U.S. Cls.: 2, 13, 22, 25, 32 and 50

**United States Patent and Trademark Office**

Reg. No. 2,894,978
Registered Oct. 19, 2004

## TRADEMARK
### PRINCIPAL REGISTER



KNOLL, INC. (DELAWARE CORPORATION)
1235 WATER STREET
EAST GREENVILLE, PA 18041

    FOR: CHAIRS, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50)

    FIRST USE 1-1-1954; IN COMMERCE 1-1-1954

    THE MARK CONSISTS OF A CONFIGURATION OF A CHAIR WITH A FLAT METAL FRAME SUPPORTING A CUSHION

    SEC. 2(F).

    SER. NO. 76-556,819, FILED 10-22-2003.

JAMES A. RAUEN, EXAMINING ATTORNEY

**EXHIBIT 7**

# United States Patent Office

772,313
Registered June 30, 1964

## PRINCIPAL REGISTER
## Trademark

Ser. No. 177,235, filed Sept. 18, 1963

# BARCELONA

Drexel Enterprises, Inc. (Delaware corporation)
1690 English St.
High Point, N.C.

For: LIVING ROOM, BEDROOM, AND DINING ROOM FURNITURE, AND OCCASIONAL TABLES AND CHAIRS, in CLASS 32.

First use Oct. 19, 1962; in commerce Feb. 27, 1963.

**United States Patent and Trademark Office**

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Sat Jan 12 04 04:42 EST 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST |

| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout Please logout when you are done to release system resources allocated for you.

Start List At: [          ] OR Jump to record: [          ] **Record 80 out of 91**

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

### Typed Drawing

| | |
|---|---|
| **Word Mark** | BARCELONA |
| **Goods and Services** | IC 020. US 032. G & S: LIVING ROOM, BEDROOM, AND DINING ROOM FURNITURE, AND OCCASIONAL TABLES AND CHAIRS  FIRST USE: 19621019. FIRST USE IN COMMERCE: 19630227 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 72177235 |
| **Filing Date** | September 18, 1963 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Registration Number** | 0772313 |
| **Registration Date** | June 30, 1964 |
| **Owner** | (REGISTRANT) DREXEL ENTERPRISES, INC. CORPORATION DELAWARE 1690 ENGLISH ST  HIGH POINT NORTH CAROLINA |
| | (LAST LISTED OWNER) KNOLL INC  CORPORATION DELAWARE 1235 WATER STREET EAST GREENVILLE PENNSYLVANIA 18041 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | CARLA J  VRSANSKY |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECTION 8(10-YR) 20040904 |
| **Renewal** | 2ND RENEWAL 20040904 |
| **Live/Dead Indicator** | LIVE |



| HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

**EXHIBIT 8**



# MODERN Collections.com

**Secure 24/7 Online Ordering**                    Home | About Us | Shipping | Privacy | Help

**SHOP BY CATEGORY:**
> Modern Classics
> Designer Chairs
> Sofas + Loveseats
> Tables + Benches

**SHOP BY DESIGNER:**
> Le Corbusier
> Mies van der Rohe
> Marcel Breuer
> Eileen Gray
> George Nelson

**VIEW CART/CHECKOUT**

**FREE SHIPPING!**

Always FREE SHIPPING!


Secure Server Protected by: SSL

We Proudly Accept:





## "Looking For Useful Information On Mies Pavilion Chairs?"

### Discover EXACTLY What Is True Quality When Comparison Shopping

At ModernCollections.com, our goal is to provide you with as much information possible so you can make an informed decision. We will share with you our knowledge of what's available in the marketplace and the characteristics to look for when shopping for the famous Mies Pavilion Chairs

So, what makes us different? With hundreds of retailers selling these chairs online ranging from $500 to $7000  it's difficult to know what you're *really* getting and what makes one retailer a better buying choice over the other  We have made this process easier by comparing our Mies Pavilion Chair features with a top manufacturer like Knoll

### Read How Our Chairs Compare to the Knoll "Barcelona Chair":

Our Mies Pavilion chair features premium grade 304 bar stock stainless steel for the frame  Single piece construction ensures long-term durability  Frame is shaped, welded and hand buffed to mirror finish

Our frames are buffed slightly on the edges to remove sharpness (safety)

Knoll does not have seams at two front corners of their seat cushions or top corners of the back cushions  We have recently revised our cushions to be constructed the same way for a more authentic appearance

Knoll uses thinner padding and has a slight curve to it  The back of the seat cushion is lower giving you a slightly more recline position  Our chair uses 4" thick cushions and has a more ergonomic seat angle for better lumbar support and easier position to get up from

We use the Capitonné technique which uses individual tabbed squares of leather cut from a single hide and sewn  welted and tufted by hand  Each line is a "pipe" not just stitching

We use a total of 17 heavy saddle Italian leather straps ensuring durability and support  All straps are made to match specified upholstery color

Knoll uses 34 stainless screws to secure straps to steel frame  We follow the same method using 34 stainless rivets to prevent the leather straps from loosening over time

Finally, our cushions are premium quality, highly resilient urethane foam with Dacron polyester fiberfill to match that of Knoll

### A Picture Is Worth A Thousand Words, Right?

Yes  they can be if they represent the actual products you will receive  You've seen them on Ebay and other retailers selling Barcelona chairs for under $600  Some are even selling the chair with ottoman set at this price  We are all for getting a good deal  However, buyer beware ...many are using the bait and switch tactic to get you to purchase  The pictures you see are not the same products you will be receiving  When shopping around, ask to see if they offer more detail pictures of their product and check for any discrepancies between the product pictures

For you to feel comfortable with your purchase, we offer you in depth details of our Mies Van der Rohe furniture by providing high quality pictures taken from our own studio  Click on each picture below:



### Where Is It Made...The Most Important Question?

Although this is a popular question, it is not the most important question to ask. We believe **how the product is made is actually more important** in deciding what type of quality you will receive. Many retailers justify their high prices claiming "Made in Italy." Although this may serve the ego, it does little to guarantee a quality product.

Our Mies Pavilion chairs are imported from Asia using the most respectable modern classics manufacturer in the country. Although there are many cheap Asian knock offs flooding the market, we are NOT one of them. Customers have often **compared our quality to that of DWR.** In many cases our chairs are comparable if not better than many of those coming out of Italy.

We specialize in Modern Classics and require our furniture to be made with strict quality control using the latest in technology and highest grade materials. We have simply moved production from Italy to keep prices low and offer **better value for our customers.** Genuine Italian leather is used since this is still the highest grade leather available.

### We Respect The Smart Consumer

We know you have many choices when choosing who to buy from. Even if you don't buy from us, we hope that you can use our information provided to make a well informed decision. After all, price alone shouldn't be the only deciding factor. Quality is MOST important so you can proudly display your furniture in your home or office. We are **not the cheapest retailer. However, our commitment to excellence and detail will provide you a quality product not found with most other retailers.**

### Your Complete Satisfaction Is Our Top Priority

We guarantee you'll love our Mies Pavilion Chair & Ottoman. In fact, we are so confident on the quality of our products, we offer a 30 day no hassle money back guarantee. **We won't even charge your credit card until your order ships and no restocking fees** (for non-custom orders).

Compare this to other retailers who charge first and ships 6 to 8 weeks later. We can only offer this type of guarantee based on the positive feedback we've received from customers with our products. Free shipping is included with no minimum purchase.

### Click Here To See Our Mies Van der Rohe Furniture

Disclaimer: The Mies Pavilion Series are not part of the "Barcelona Collection". It is not made by the Knoll company and ModernCollections.com is not affiliated with Knoll.

bauhaus furniture | modern chairs | modern furniture | bauhaus sofa | mid century modern tables
le corbusier | mies van der rohe | marcel breuer | eileen gray | george nelson | site map | contact us

© 2004-2006 Modern Collections - All rights reserved



**MODERN**
Collections.com

Items in your Cart: 0
Current Subtotal: $0 00

Clear   Click to   View
Cart   Checkout   Cart

Secure 24/7 Online Ordering    Home | About Us | Shipping | Privacy | Help

**SHOP BY CATEGORY:**
> Modern Classics
> Designer Chairs
> Sofas + Loveseats
> Tables + Benches

**SHOP BY DESIGNER:**
> Le Corbusier
> Mies van der Rohe
> Marcel Breuer
> Eileen Gray
> George Nelson

**VIEW CART/CHECKOUT**





Always
FREE
SHIPPING!



**Secure Server**
Protected by.
SSL

We Proudly Accept:

VISA



SECURED BY
**GeoTrust**
click to verify
19-Nov-07 14:14 GMT

Modern Classics Furniture >



**MODERN**
Collections.com

**View More Images**
**Email this to a friend**

**Mies Pavilion Lounge Chair**

| | Retail: | Sale: | Qty | |
|---|---|---|---|---|
| | ~~$1,900.00~~ | **$899.00** | 1 | add to cart |

Product Options

Select Leather Color:

| *** Top Grain *** | ▼ |
|---|---|

## Detailed Description

**We are committed** on offering you the highest quality reproduction available in the market at the most affordable pricing Our Mies Pavilion chairs exude quality and excellence comparable to high-end retailers You no longer have to pay the high markups to receive a premium quality Mies Pavilion chair Click Here for More Information on Mies Van der Rohe Furniture

Compare our chair features:

- Highly polished #304 stainless steel frame for a brilliant lustre - not chrome surface coating which may chip and flake over time
- 12mm thick heavy gauge solid core steel used on frame for maximum strength
- X-Frame is a single-piece construction for smooth clean lines - no bolts or screws
- 17 heavy saddle leather straps secured to steel frame by stainless rivets for durability and strong support (not offered in low quality reproductions)
- Back cushion lines up close to top of seat frame for a true authentic appearance
- Ultra-supple Italian leather seat cushions with 1 8 density foam and dacron for plush comfort and firm support
- Each button is manually encased with leather and tufted straight through the cushions
- Individual squares of leather are cut from a single hide and sewn, welted and tufted by hand using the capitonné technique for volume and depth

- Completely hand made by highly skilled craftsmen with emphasis on quality craftsmanship
- 5 year warranty against manufacturer defects on frame

**Compare at $2000 or more sold by other retailers. Free shipping included.**

Disclaimer: This is not the Barcelona chair. It is not made by the Knoll company and ModernCollections.com is not affiliated with Knoll

Available Leathers - Click for Larger View:



**Designer:** Mies van der Rohe

**Materials:** Polished stainless steel frame (rust and chip resistant). Protected aniline-dyed Italian leather. Saddle leather straps

**Availability:** Stock colors usually ships out in 3 to 5 days. We can Custom make additional colors that will take 6 to 8 Weeks for delivery

**Dimensions (inches):**
: 31 H 30 W 30 D

**Shipping:** This item direct-ships via freight from the manufacturer's warehouse

**Projects:** Contact us for special discounts on large volume office, hotel, and retail chain store projects

**Free Shipping**
On all orders, no hidden fees at checkout

**No up-front charges, no deposits**
We won't charge your card until your order ships (*non-custom orders)

**Satisfaction Guaranteed**
30-day no-hassle returns on most items and no restocking fees

**Excellent Service**
See what our customers are saying

**Safe and Secure Ordering**
All sensitive information is encrypted when transmitted

**Privacy Protection**
We will never sell, rent or loan your information

We offer attractive **Modern furniture** and **Contemporary furniture** for residential and commercial spaces. Others who liked the **Mies Pavilion Lounge Chair** was also interested in these related products:



Click for Details
**Mies Petit Day Bed**
Retail: $2,400.00
**Sale: $1,324.00**

Click for Details
**Mies Pavilion Coffee Table**
Retail: $1,100.00
**Sale: $699.00**



Click for Details
**Mies Pavilion Chair and Ottoman Set**
Retail: $2,500.00
**Sale: $1,235.00**

modern classics furniture | modern chairs | modern furniture | sofas & loveseats | modern tables
le corbusier | mies van der rohe | marcel breuer | eileen gray | george nelson | site map | contact us
furniture resources

Affordable contemporary modern furniture for your home and office
© 2004 - 2007 Modern Collections - All rights reserved



## MODERN
### Collections.com

Items in your Cart: 0
Current Subtotal:$0 00

Clear  Click to  View
Cart  Checkout  Cart

**Secure 24/7 Online Ordering**    Home | About Us | Shipping | Privacy | Help

**SHOP BY CATEGORY:**
> Modern Classics
> Designer Chairs
> Sofas + Loveseats
> Tables + Benches

**SHOP BY DESIGNER:**
> Le Corbusier
> Mies van der Rohe
> Marcel Breuer
> Eileen Gray
> George Nelson

**VIEW CART/CHECKOUT**



**FREE SHIPPING**

Always
FREE
SHIPPING!



Secure Server
*Protected by:*
**SSL**

 

We Proudly Accept:





SECURED BY
GeoTrust
click to verify
19-Nov-07 14:10 GMT



**Email this to a friend**

### Mies Petit Day Bed
FREE Shipping Included!

| | Retail: | Sale: | Qty |
|---|---|---|---|
| | $2,400.00 | $1,324.00 | 1 |

add to cart

**Product Options**

Select Leather Color:
Black (in-stock)

Select Wood Finish:
Medium Walnut

Add Additional Pillow (matching color)
No Thanks

### Detailed Description

Our Petit Day Bed inspired by Mies Van Der Rohe, is a high quality reproduction  This 72" x 33" petit version is excellent for smaller spaces  The Italian leather is hand selected, piped, tufted and individually sewn by expert leather craftsmen. Our leather offers a more supple feel over many of the other modern classics furniture in the market  The cushion is suspended upon a network of leather saddle straps fixed to a solid hardwood frame to provide you with incredible comfort and support  A removable bolster pillow stretches across the width of the daybed and is secured in place by straps  Polished stainless steel legs add to the beauty of this modern classic design  Add this daybed to your living room, office, or den for an unique look and a place to relax

Available Leathers - Click for Larger View:



Disclaimer: This product is not part of the "Barcelona Collection"  It is not made by the Knoll company and ModernCollections com is not affilated with Knoll

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Designer:** Mies van der Rohe

**Materials:** Solid hardwood frame in medium walnut, rosewood or black finish  Premium stainless steel legs, 3 step hand polished to a smooth flawless mirror shine (will not chip or rust)  Protected aniline-dyed Italian leather  Saddle leather straps

**Free Shipping**
On all orders, no hidden fees at checkout

**No up-front charges, no deposits**
We won't charge your card until your order ships (*non-custom orders)

**Satisfaction Guaranteed**
30-day no-hassle returns on most items and

**Availability:** Usually ships in 3 to 5 days for black leather on medium walnut wood finish. All other leather and frame colors can be custom made to order and will take 6 to 8 weeks for delivery.

**Dimensions (inches):**
: 16 H 33 W 72 L

**Shipping:** This item direct-ships via freight from the manufacturer's warehouse

**Projects:** Contact us for special discounts on large volume office, hotel, and retail chain store projects

no restocking fees

**Excellent Service**
See what our customers are saying

**Safe and Secure Ordering**
All sensitive information is encrypted when transmitted

**Privacy Protection**
We will never sell, rent or loan your information

---

We offer attractive **Modern furniture** and **Contemporary furniture** for residential and commercial spaces. Others who liked the Mies Petit Day Bed was also interested in these related products:



Click for Details
**Mies Pavilion Lounge Chair**
Retail: $~~1,900.00~~
**Sale: $899.00**



Click for Details
**Mies Pavilion Coffee Table**
Retail: $~~1,100.00~~
**Sale: $699.00**



Click for Details
**Eileen Gray Table**
Retail: $~~350.00~~
**Sale: $189.00**

modern classics furniture | modern chairs | modern furniture | sofas & loveseats | modern tables
le corbusier | mies van der rohe | marcel breuer | eileen gray | george nelson | site map | contact us
furniture resources

Affordable contemporary modern furniture for your home and office
© 2004 - 2007 Modern Collections - All rights reserved



# MODERN Collections.com

Items in your Cart: 0
Current Subtotal:$0.00

Clear Click to View
Cart Checkout Cart

Secure 24/7 Online Ordering    Home | About Us | Shipping | Privacy | Help

**SHOP BY CATEGORY:**
> Modern Classics
> Designer Chairs
> Sofas + Loveseats
> Tables + Benches

**SHOP BY DESIGNER:**
> Le Corbusier
> Mies van der Rohe
> Marcel Breuer
> Eileen Gray
> George Nelson

**VIEW CART/CHECKOUT**



FREE SHIPPING

Always FREE SHIPPING!



**Secure Server**
*Protected by*
**SSL**

**We Proudly Accept:**

   



SECURED BY
**GeoTrust**
click to verify
10-Nov-07 14:16 GMT



**Email this to a friend**

### Mies Pavilion Coffee Table
Modern Furniture w/ FREE Shipping

| | Retail: | Sale: | Qty | |
|---|---|---|---|---|
| | $1,100.00 | $699.00 | 1 | add to cart |

## Product Options
Select Options:

12mm Glass Top ▼

## Detailed Description

The Mies Pavilion coffee table appeals to the true minimalist. It displays the pure compositional structure that epitomizes modern architecture. Top is 1/2" (12mm) thick tempered safety glass. Base is premium grade #304 stainless steel. The frame is polished to a mirror finish and will not rust or chip. Single piece base construction ensures long term durability. This modern classic table combined with our Mies Pavilion chairs will add a sophisticated look to your room.

Disclaimer: This product is not the "Barcelona Table". It is not made by the Knoll company and ModernCollections.com is not affilated with Knoll.

**Designer:** Mies van der Rohe

**Materials:** Polished #304 Stainless steel frame, 1/2" (12mm) tempered glass

**Availability:** Usually ships in 3 to 5 business days

**Dimensions (inches):**
: 18 H 40 W 40 L

**Shipping:** This item direct-ships via freight from the manufacturer's warehouse

**Projects:** Contact us for special discounts on large volume office, hotel, and retail chain store projects

**Free Shipping**
On all orders, no hidden fees at checkout

**No up-front charges, no deposits**
We won't charge your card until your order ships (*non-custom orders)

**Satisfaction Guaranteed**
30-day no-hassle returns on most items and no restocking fees

**Excellent Service**
See what our customers are saying

**Safe and Secure Ordering**
All sensitive information is encrypted when transmitted

**Privacy Protection**

We will never sell, rent or loan your information

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

We offer attractive **Modern furniture** and **Contemporary furniture** for residential and commercial spaces. Others who liked the Mies Pavilion Coffee Table was also interested in these related products:



Click for Details
**Mies van der Rohe Daybed**
Retail: $2,500.00
**Sale: $1,499.00**



Click for Details
**Mies Pavilion Chair and Ottoman Set**
Retail: $2,500.00
**Sale: $1,235.00**



Click for Details
**Mies Pavilion Loveseat**
Retail: $4,000.00
**Sale: $1,639.00**

modern classics furniture | modern chairs | modern furniture | sofas & loveseats | modern tables
le corbusier | mies van der rohe | marcel breuer | eileen gray | george nelson | site map | contact us
furniture resources

Affordable contemporary modern furniture for your home and office
© 2004 - 2007 Modern Collections - All rights reserved



**MODERN**
Collections.com

Items in your Cart: 0
Current Subtotal:$0.00

Clear  Click to  View
Cart  Checkout  Cart

Secure 24/7 Online Ordering    Home | About Us | Shipping | Privacy | Help

**SHOP BY CATEGORY:**
> Modern Classics
> Designer Chairs
> Sofas + Loveseats
> Tables + Benches

**SHOP BY DESIGNER:**
> Le Corbusier
> Mies van der Rohe
> Marcel Breuer
> Eileen Gray
> George Nelson

**VIEW CART/CHECKOUT**



FREE SHIPPING

Always
FREE
SHIPPING!



 
Secure Server
Protected by.
SSL

We Proudly Accept:



SECURED BY
GeoTrust
click to verify
19-Nov-07 14:19 GMT



**View More Images**
**Email this to a friend**

**Mies Pavilion Chair and Ottoman Set**

|  | Retail: | Sale: | Qty |
|---|---|---|---|
|  | ~~$2,500.00~~ | $1,235.00 | 1 |

add to cart

**Product Options**
Select Leather Color:

Black (stocked)

**Detailed Description**

**We are committed on offering you the highest quality reproduction** available in the market at the most affordable pricing. Our Mies Pavilion chairs exude quality and excellence comparable to high-end retailers. You no longer have to pay the high markups to receive a premium quality Pavilion chair. Click Here for More Information on Mies Van der Rohe Furniture

Compare our chair features:

- Highly polished #304 stainless steel frame for a brilliant lustre - not chrome surface coating which may chip and flake over time
- 12mm thick heavy gauge solid core steel used on frame for maximum strength
- X-Frame is a single-piece construction for smooth clean lines - no bolts or screws
- 17 heavy saddle leather straps secured to steel frame by stainless rivets for durability and strong support (not offered in low quality reproductions)
- Back cushion lines up close to top of seat frame for a true authentic appearance
- Ultra-supple Italian leather seat cushions with 18 density foam and dacron for plush comfort and firm support
- Each button is manually encased with leather and tufted straight through the cushions
- Individual squares of leather are cut from a single hide and sewn, welted and tufted by hand using the capitonné technique for volume and depth
- Completely hand made by highly skilled craftsmen with emphasis on quality craftsmanship
- 5 year warranty against manufacturer defects on frame

Disclaimer: This is not the Barcelona chair. It is not made by the Knoll company and ModernCollections.com is not affilated with Knoll.

Available Leathers - Click for Larger View:



**Designer:** Mies van der Rohe

**Materials:** Polished stainless steel frame (rust and chip resistant). Protected aniline-dyed Italian leather Saddle leather straps.

**Availability:** Stock colors usually ships out in 3 to 5 days. We can Custom make additional colors that will take 6 to 8 Weeks for delivery

**Dimensions (inches):**
Chair: 31 H 30 W 30 D
Ottoman: 16 H 24 W 22 D

**Shipping:** This item direct-ships via freight from the manufacturer's warehouse

**Projects:** Contact us for special discounts on large volume office, hotel, and retail chain store projects

**Free Shipping**
On all orders, no hidden fees at checkout

**No up-front charges, no deposits**
We won't charge your card until your order ships (*non-custom orders)

**Satisfaction Guaranteed**
30-day no-hassle returns on most items and no restocking fees

**Excellent Service**
See what our customers are saying

**Safe and Secure Ordering**
All sensitive information is encrypted when transmitted

**Privacy Protection**
We will never sell, rent or loan your information

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**We offer attractive Modern furniture and Contemporary furniture for residential and commercial spaces. Others who liked the Mies Pavilion Chair and Ottoman Set was also interested in these related products:**



Click for Details
**Eileen Gray Table**
Retail: $350.00
**Sale: $189.00**



Click for Details
**Mies Pavilion Loveseat**
Retail: $4,000.00
**Sale: $1,639.00**



Click for Details
**Mies van der Rohe Daybed**
Retail: $2,500.00
**Sale: $1,499.00**

modern classics furniture | modern chairs | modern furniture | sofas & loveseats | modern tables
le corbusier | mies van der rohe | marcel breuer | eileen gray | george nelson | site map | contact us
furniture resources

Affordable contemporary modern furniture for your home and office
© 2004 - 2007 Modern Collections - All rights reserved



# MODERN Collections.com

Items in your Cart: 0
Current Subtotal: $0.00

Clear Click to View
Cart Checkout Cart

**Secure 24/7 Online Ordering** | Home | About Us | Shipping | Privacy | Help

**SHOP BY CATEGORY:**
> Modern Classics
> Designer Chairs
> Sofas + Loveseats
> Tables + Benches

**SHOP BY DESIGNER:**
> Le Corbusier
> Mies van der Rohe
> Marcel Breuer
> Eileen Gray
> George Nelson

**VIEW CART/CHECKOUT**



**FREE SHIPPING**

Always
FREE
SHIPPING!



Secure Server
*Protected by*
**SSL**

We Proudly Accept:
 
 


SECURED BY
GeoTrust
click to verify
19-Nov-07 14:10 GMT



**Email this to a friend**

## Mies Pavilion Loveseat

| | Retail: | Sale: | Qty |
|---|---|---|---|
| | ~~$4,000.00~~ | **$1,639.00** | 1 |

 add to cart

Product Options

Select Leather Color:

Black (stocked) ▼

### Detailed Description

The Pavilion Loveseat inspired by Mies van der Rohe offers the same famous scissor base design as our Pavilion lounge chairs. The sturdy frame is made of ultra-premium #304 Stainless Steel polished to a mirror finish. Extra care went into assuring all welds and joints are completely smooth.

The upholstery used for the loveseat is a soft high grade Aniline Protected Italian leather, which provides you comfort and long lasting quality. Our leather offers a more supple feel over many of the other modern classics furniture in the market. Each leather square is hand stitched with raised piping to prevent curling. Our cushions are layered using three types of highly resilient foam to provide the perfect comfort and support.

Available Leathers - Click for Larger View:

Disclaimer: This product is not part of the "Barcelona Collection". It is not made by the Knoll company and ModernCollections.com is not affiliated with Knoll.

---

**Designer:** Mies van der Rohe

**Materials:** Polished stainless steel frame (rust and chip resistant). Protected aniline-dyed Italian leather. Saddle leather straps.

**Free Shipping**
On all orders, no hidden fees at checkout

**No up-front charges, no deposits**
We won't charge your card until your order ships

**Availability:** Stock colors usually ships out in 3 to 5 days. We can Custom make additional colors that will take 6 to 8 Weeks for delivery

**Dimensions (inches):**
: 31 H 30 W 59 L

**Shipping:** This item direct-ships via freight from the manufacturer's warehouse

**Projects:** Contact us for special discounts on large volume office, hotel, and retail chain store projects

(*non-custom orders)

**Satisfaction Guaranteed**
30-day no-hassle returns on most items and no restocking fees

**Excellent Service**
See what our customers are saying

**Safe and Secure Ordering**
All sensitive information is encrypted when transmitted

**Privacy Protection**
We will never sell, rent or loan your information

- - - - - - - - - - - - - - - - - - - - - - - - -

**We offer attractive <u>Modern furniture</u> and <u>Contemporary furniture</u> for residential and commercial spaces. Others who liked the Mies Pavilion Loveseat was also interested in these related products:**



Click for Details
**Mies Pavilion Chair and Ottoman Set**
Retail: $2,500.00
**Sale: $1,235.00**



Click for Details
**Mies Pavilion Sofa**
Retail: $5,000.00
**Sale: $1,979.00**



Click for Details
**Mies van der Rohe Daybed**
Retail: $2,500.00
**Sale: $1,499.00**

modern classics furniture | modern chairs | modern furniture | sofas & loveseats | modern tables
le corbusier | mies van der rohe | marcel breuer | eileen gray | george nelson | site map | contact us
furniture resources

Affordable contemporary modern furniture for your home and office
© 2004 - 2007 Modern Collections - All rights reserved



# MODERN
## Collections.com

Items in your Cart: 0
Current Subtotal:$0.00

Clear Cart | Click to Checkout | View Cart

**Secure 24/7 Online Ordering**    Home | About Us | Shipping | Privacy | Help

**SHOP BY CATEGORY:**
> Modern Classics
> Designer Chairs
> Sofas + Loveseats
> Tables + Benches

**SHOP BY DESIGNER:**
> Le Corbusier
> Mies van der Rohe
> Marcel Breuer
> Eileen Gray
> George Nelson

**VIEW CART/CHECKOUT**



**FREE SHIPPING**

Always FREE SHIPPING!



Secure Server
*Protected by.*
**SSL**

We Proudly Accept:

  



SECURED BY
**GeoTrust**
click to verify
19-Nov-07 14:19 GMT



**Email this to a friend**

## Mies Pavilion Sofa

| Retail: | Sale: | Qty |
|---|---|---|
| ~~$5,800.00~~ | $1,979.00 | 1 |

 add to cart

### Product Options
Select Leather Color:

| Black (stocked) | ▼ |
|---|---|

### Detailed Description

The Pavilion Sofa inspired by Mies offers the same famous scissor base design as our Mies Pavilion chairs. The sturdy frame is made of ultra-premium #304 Stainless Steel polished to a mirror finish. Extra care went into assuring all welds and joints are completely smooth

The upholstery used for the chair is a soft high grade Aniline Protected Italian leather, which provides you comfort and long lasting quality. Our leather offers a more supple feel over many of the other modern classics furniture in the market. Each leather square is hand stitched with raised piping to prevent curling. Our cushions are layered using three types of highly resilient foam to provide the perfect comfort and support

Available Leathers - Click for Larger View:



Disclaimer: This product is not part of the "Barcelona Collection" It is not made by the Knoll company and ModernCollections.com is not affilated with Knoll

**Designer:** Mies van der Rohe

**Materials:** Polished stainless steel frame (rust and chip resistant) Protected aniline-dyed Italian leather. Saddle leather straps

**Availability:** Stock colors usually ships out in 3 to 5 days. We can Custom make additional colors that will take 6 to 8 Weeks for delivery

**Free Shipping**
On all orders, no hidden fees at checkout

**No up-front charges, no deposits**
We won't charge your card until your order ships (*non-custom orders)

**Satisfaction Guaranteed**
30-day no-hassle returns on most items and no restocking fees

**Dimensions (inches):**
: 31 H 30 W 71 L

**Shipping:** This item direct-ships via freight from the manufacturer's warehouse

**Projects:** Contact us for special discounts on large volume office, hotel, and retail chain store projects

**Excellent Service**
See what our customers are saying

**Safe and Secure Ordering**
All sensitive information is encrypted when transmitted

**Privacy Protection**
We will never sell, rent or loan your information

---

We offer attractive <u>Modern furniture</u> and <u>Contemporary furniture</u> for residential and commercial spaces. Others who liked the Mies Pavilion Sofa was also interested in these related products:



Click for Details
**Mies Pavilion Ottoman**
Retail: $600.00
**Sale: $399.00**



Click for Details
**Mies Petit Day Bed**
Retail: $2,400.00
**Sale: $1,324.00**



Click for Details
**Mies Pavilion Coffee Table**
Retail: $1,100.00
**Sale: $699.00**

modern classics furniture | modern chairs | modern furniture | sofas & loveseats | modern tables
le corbusier | mies van der rohe | marcel breuer | eileen gray | george nelson | site map | contact us
furniture resources

Affordable contemporary modern furniture for your home and office
© 2004 - 2007 Modern Collections - All rights reserved



**MODERN**
Collections.com

Items in your Cart: 0
Current Subtotal:$0.00

Clear  Click to  View
Cart  Checkout  Cart

Secure 24/7 Online Ordering    Home | About Us | Shipping | Privacy | Help

**SHOP BY CATEGORY:**
> Modern Classics
> Designer Chairs
> Sofas + Loveseats
> Tables + Benches

**SHOP BY DESIGNER:**
> Le Corbusier
> Mies van der Rohe
> Marcel Breuer
> Eileen Gray
> George Nelson

**VIEW CART/CHECKOUT**



FREE SHIPPING

Always
FREE
SHIPPING!



Secure Server
Protected by.
SSL

We Proudly Accept:

 




SECURED BY
GeoTrust
click to verify
19-Nov-07 14:19 GMT

Mies van der Rohe Furniture >



**Email this to a friend**

### Mies Lounge Bench
Modern Furniture w/ FREE Shipping

| Retail: | Sale: | Qty |
|---|---|---|
| ~~$1,400.00~~ | $795.00 | 1 |

add to cart

**Product Options**

Select Leather Color:
Black (stock)

Select Wood Finish:
Medium Walnut

Upgrade to 3 Seater:
- - Not Selected - -

**Detailed Description**

Our Mies 2 seater bench is a high quality reproduction. The Italian leather is hand selected, piped, tufted and individually sewn by expert leather craftsmen. Our leather offers a more supple feel over many of the other modern classics furniture in the market. The cushion is suspended upon a network of leather saddle straps fixed to a solid hardwood frame to provide you with incredible comfort and support. Polished stainless steel legs add to the beauty of this modern classic design. Add this modern classic bench to your entry way, office, waiting area, or bedroom. Optional 3 seater upgrade available.

Available Leathers - Click for Larger View:



Disclaimer: This product is not part of the "Barcelona Collection". It is not made by the Knoll company and ModernCollections.com is not afflated with Knoll.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Designer:** Mies van der Rohe

**Materials:** Solid hardwood frame in medium walnut finish. Premium stainless steel legs. 3 step hand polished to a smooth flawless mirror shine (will not chip or rust). Protected aniline-dyed Italian leather. Saddle leather

**Free Shipping**
On all orders, no hidden fees at checkout

**No up-front charges, no deposits**
We won't charge your card until your order ships (*non-custom orders)

straps.

**Availability:** Usually ships in 3 to 5 business days for black leather on medium walnut wood finish. All other leather and frame colors can be custom made to order and will take 8 to 10 weeks for delivery

**Dimensions (inches):**
2 Seater: 16 H 19 W 52 L
3 Seater: 16 H 19 W 78 L

**Shipping:** This item direct-ships via freight from the manufacturer's warehouse

**Projects:** Contact us for special discounts on large volume office, hotel, and retail chain store projects

**Satisfaction Guaranteed**
30-day no-hassle returns on most items and no restocking fees

**Excellent Service**
See what our customers are saying

**Safe and Secure Ordering**
All sensitive information is encrypted when transmitted

**Privacy Protection**
We will never sell, rent or loan your information

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

We offer attractive **Modern furniture** and **Contemporary furniture** for residential and commercial spaces. Others who liked the Mies Lounge Bench was also interested in these related products:







Click for Details
**Mies Pavilion Chair and Ottoman Set**
Retail: $2,500.00
**Sale: $1,235.00**

Click for Details
**Mies Petit Day Bed**
Retail: $2,400.00
**Sale: $1,324.00**

Click for Details
**Mies Pavilion Sofa**
Retail: $5,000.00
**Sale: $1,979.00**

modern classics furniture | modern chairs | modern furniture | sofas & loveseats | modern tables
le corbusier | mies van der rohe | marcel breuer | eileen gray | george nelson | site map | contact us
furniture resources

Affordable contemporary modern furniture for your home and office

© 2004 - 2007 Modern Collections - All rights reserved

11/19/2007 9:21 AM



**MODERN**
**Collections.com**

Items in your Cart: 0
Current Subtotal:$0 00

Clear  Click to  View
Cart  Checkout  Cart

Secure 24/7 Online Ordering | Home | About Us | Shipping | Privacy | Help

**SHOP BY CATEGORY:**
> Modern Classics
> Designer Chairs
> Sofas + Loveseats
> Tables + Benches

**SHOP BY DESIGNER:**
> Le Corbusier
> Mies van der Rohe
> Marcel Breuer
> Eileen Gray
> George Nelson

**VIEW CART/CHECKOUT**



**FREE SHIPPING**

Always
FREE
SHIPPING!


Secure Server
*Protected by.*
**SSL**

We Proudly Accept:
 



SECURED BY
Geo**Trust**
click to verify
19-Nov-07 14:19 GMT



**Email this to a friend**

**Canti Chair**

| | Retail: | Sale: | Qty | |
|---|---|---|---|---|
| | $1,400.00 | $745.00 | 1 | add to cart |

**Product Options**

Select Leather Color:

Black (stocked) ▾

**Detailed Description**

The Canti Chair inspired by Mies van der Rohe is a masterpiece with the elegance well designed for both residential and office use  The Italian leather we use on this piece is a ultra supple high end material manufactured in Europe  This top grain leather is aniline dyed and turned in drums to soften it  A finish coat is added to protect the hide against stains and fading  The result is an ultra-supple seating surface and the high-end quality you're looking for

This is a true Full Leather Classic flat chair with an armrest made of #304 Stainless steel polished to a smooth mirror shine  Beautiful design and stunning lines makes this chair the perfect addition to your modern collection

**Compare at $1350 sold by other retailers. Free shipping included.**

Available Leathers - Click for Larger View:



Disclaimer: This product is not part of the "Barcelona Collection"  It is not made by the Knoll company and ModernCollections com is not affilated with Knoll

**Designer:** Mies van der Rohe

**Materials:** Polished #304 Stainless steel frame, Top

**Free Shipping**
On all orders, no hidden fees at checkout

Grain Aniline-dyed Protected Italian leather

**Availability:** Stock colors usually ships out in 3 to 5 days. We can Custom make additional colors that will take 6 to 8 Weeks for delivery

**Dimensions (inches):**
31.5 H 23.5 W 23 D (18" seat height, 25.5" arm height)

**Shipping:** This item direct-ships via freight from the manufacturer's warehouse

**Projects:** Contact us for special discounts on large volume office, hotel. and retail chain store projects

**No up-front charges, no deposits**
We won't charge your card until your order ships (*non-custom orders)

**Satisfaction Guaranteed**
30-day no-hassle returns on most items and no restocking fees

**Excellent Service**
See what our customers are saying

**Safe and Secure Ordering**
All sensitive information is encrypted when transmitted

**Privacy Protection**
We will never sell, rent or loan your information

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

We offer attractive <u>Modern furniture</u> and <u>Contemporary furniture</u> for residential and commercial spaces. Others who liked the Canti Chair was also interested in these related products:



Click for Details
**Eileen Gray Table**
Retail: $350.00
**Sale: $189.00**



Click for Details
**Mies Petit Day Bed**
Retail: $2,400.00
**Sale: $1,324.00**



Click for Details
**Mies Lounge Bench**
Retail: $1,400.00
**Sale: $795.00**

modern classics furniture | modern chairs | modern furniture | sofas & loveseats | modern tables
le corbusier | mies van der rohe | marcel breuer | eileen gray | george nelson | site map | contact us
furniture resources

Affordable contemporary modern furniture for your home and office
© 2004 - 2007 Modern Collections - All rights reserved



**MODERN**
Collections.com

Items in your Cart: 0
Current Subtotal: $0.00

Clear    Click to    View
Cart    Checkout    Cart

Secure 24/7 Online Ordering

Home | About Us | Shipping | Privacy | Help

**SHOP BY CATEGORY:**
> Modern Classics
> Designer Chairs
> Sofas + Loveseats
> Tables + Benches

**SHOP BY DESIGNER:**
> Le Corbusier
> Mies van der Rohe
> Marcel Breuer
> Eileen Gray
> George Nelson

**VIEW CART/CHECKOUT**



FREE SHIPPING
Always
FREE
SHIPPING!


Secure Server
Protected by
SSL

We Proudly Accept:
VISA



SECURED BY
GeoTrust
click to verify
19-Nov-07 14:19 GMT



**Email this to a friend**

**Mies Pavilion End Table**

| Retail: | Sale: | Qty |
|---|---|---|
| ~~$790.00~~ | $439.00 | 1 |

add to cart

**Detailed Description**

The Mies Pavilion end table appeals to the true minimalist. It displays the pure compositional structure that epitomizes modern architecture. Top is 1/2" (12mm) thick tempered safety glass. Base is premium grade #304 stainless steel. The frame is polished to a mirror finish and will not rust or chip. Single piece base construction ensures long term durability. This modern classic table combined with our Mies Pavilion chairs will add a sophisticated look the your room

Disclaimer: This product is not the "Barcelona Table" It is not made by the Knoll company and ModernCollections.com is not afilated with Knoll

**Designer:** Mies van der Rohe

**Materials:** Polished #304 Stainless steel frame, 1/2" (12mm) tempered glass

**Availability:** Usually ships in 3 to 5 business days

**Dimensions (inches):**
: 18 H 20 W 20 L

**Shipping:** This item direct-ships via freight from the manufacturer's warehouse

**Projects:** Contact us for special discounts on large volume office, hotel. and retail chain store projects.

**Free Shipping**
On all orders, no hidden fees at checkout

**No up-front charges, no deposits**
We won't charge your card until your order ships (*non-custom orders)

**Satisfaction Guaranteed**
30-day no-hassle returns on most items and no restocking fees

**Excellent Service**
See what our customers are saying

**Safe and Secure Ordering**
All sensitive information is encrypted when transmitted

**Privacy Protection**
We will never sell, rent or loan your information

We offer attractive **Modern furniture** and **Contemporary furniture** for residential and commercial spaces. Others who liked the Mies Pavilion End Table was also interested in these related products:







Click for Details
**Mies van der Rohe Daybed**
Retail: $2,500.00
**Sale: $1,499.00**

Click for Details
**Mies Pavilion Chair and Ottoman Set**
Retail: $2,500.00
**Sale: $1,235.00**

Click for Details
**Mies Pavilion Loveseat**
Retail: $4,000.00
**Sale: $1,639.00**

modern classics furniture | modern chairs | modern furniture | sofas & loveseats | modern tables
le corbusier | mies van der rohe | marcel breuer | eileen gray | george nelson | site map | contact us
furniture resources

Affordable contemporary modern furniture for your home and office
© 2004 - 2007 Modern Collections · All rights reserved

11/19/2007 9:21 AM