| Attorney or Party without Attorney:<br>BUCHANAN INGERSOLL & ROONEY, LLP<br>333 TWIN DOLPHIN DR., #700<br>REDWOOD CITY, CA 94065<br>Telephone No: 650-622-2300   FAX No: 650-622-2499 | | | | For Court Use Only |
|---|---|---|---|---|
| Attorney for: Plaintiff | Ref. No. or File No.:<br>KNOLL VS. DANRICK | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court, Northern District Of California, San Francisco Division | | | | |
| Plaintiff: KNOLL, INC., A DELAWARE CORPORATION<br>Defendant: DANRICK COMMERCE GROUP, LLC; ET AL | | | | |
| **PROOF OF SERVICE**<br>**SUMMONS CIVIL/CASE** | Hearing Date:<br>Mon, May. 12, 2008 | Time:<br>4:00PM | Dept/Div: | Case Number:<br>CV08-0778-MHP |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE; CIVIL COVER SHEET; COMPLAINT FOR TRADEMARK INFRINGEMENT AND RELATED CAUSES; KNOLL, INC.'S CERTIFICATE OF INTERESTED PARTIES; WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; U.S. DISTRICT COURT NORTHERN DISTRICT; ECF REGISTRATION INFORMATION HANDOUT

3. a. Party served:       DANRICK COMMERCE GROUP, LLC aka MODERNCOLLECTIONS.COM
   b. Person served:      DERRICK LEE, PARTNER, AUTHORIZED TO ACCEPT

4. Address where the party was served:    6736 PRESTON AVE., STE D
                                          LIVERMORE, CA 94551

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon., Feb. 04, 2008 (2) at: 3:02PM

7. *Person Who Served Papers:*                               Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. ANANDA P. BOUGANIM                                     d. *The Fee for Service was:*



   1541 Bayshore Hwy.    GENERAL@AALEGALSERVICE.COM          e. I am: (3) registered California process server
   Burlingame, CA 94010-1602   Fax (650) 697-4640                  (i)   Employee
   (650) 697-9431                                                 (ii)  Registration No.:   2006-0000970-00
                                                                 (iii) County:              San Francisco

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Wed, Feb. 06, 2008

                                                              (ANANDA P. BOUGANIM)

Judicial Council Form             PROOF OF SERVICE                                            6222300.43712
Rule 982.9.(a)&(b) Rev January 1, 2007   SUMMONS CIVIL/CASE