BRYAN J. SINCLAIR (SBN 205885)
Email: bryan.sinclair@bipc.com
KARINEH KHACHATOURIAN (SBN 202634)
Email: karineh.khachatourian@bipc.com
BUCHANAN INGERSOLL & ROONEY LLP
333 Twin Dolphin Drive, Suite 700
Redwood Shores, California 94065-1418
Telephone: (650) 622-2300
Facsimile: (650) 622-2499

GEORGE GOTTLIEB (ADMITTED *PRO HAC VICE*)
Email: ggottlieb@grr.com
MARC P. MISTHAL (ADMITTED *PRO HAC VICE*)
Email: mmisthal@grr.com
GOTTLIEB RACKMAN & REISMAN, P.C.
270 Madison Avenue
New York, NY 10016-0601
Telephone: (212) 684-3900
Facsimile: (212) 684-3999

Attorneys for Plaintiff,
KNOLL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KNOLL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DANRICK COMMERCE GROUP, LLC a/k/a MODERNCOLLECTIONS.COM, DANNY LOUIE, and DOES A-Z, Retailers for Alphaville Design, Inc.,<br><br>Defendants. | Case No. 08-CV-0778-MHP<br><br>**[PROPOSED] ORDER GRANTING MISCELLANEOUS ADMINISTRATIVE REQUEST TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>**[Civil L.R. 3-12 and 7-11]**<br><br>Judge: Honorable Marilyn H. Patel<br><br>Complaint filed: February 1, 2008<br>Trial date: None Set |

1  Having considered Plaintiff Knoll, Inc.'s ("Knoll") Administrative Motion to Consider
2 Whether Cases Should be Related ("Motion") pursuant to Civil L.R. 3-12, and good cause
3 appearing therefore,

4  **IT IS HEREBY ORDERED** that the case entitled *Alphaville Design, Inc. v. Knoll, Inc.,*
5 Case No. 07-CV-05569-MHP ("Alphaville Action"), is deemed related to the case entitled *Knoll,*
6 *Inc. v. Danrick Commerce Group, LLC, et al.,* Case No. 08-CV-0778-MHP ("Danrick Action") as
7 defined by Civil L.R. 3-12, and should be consolidated and calendared on the same track.  The
8 Court finds that both actions concern the same parties, trademarks, and causes of action under the
9 Lanham Act.  Specifically, the parties' respective claims and counterclaims asserted in the
10 Alphaville and Danrick Actions all relate to the same series of transactions and occurrences and
11 present common questions of law.  The Court further finds that if the cases are not deemed related,
12 it would appear likely that there would be an unduly burdensome duplication of labor and expense.

13  The case management schedule and conference in the Alphaville Action is **HEREBY**
14 **VACATED**.  The Court shall utilize the dates set in the case management order in the Danrick
15 Action for both cases to ensure that all parties are served with the complaint and summons and can
16 all participate in the ADR, Rule 26(f) and case management conferences as the same time.  This
17 schedule shall be follows:

| Date | Event | Rule |
|---|---|---|
| 4/21/2008 | *Last day to: | |
| | • meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan | FRCivP_26(f) & ADR L.R. 3.5 |
| | • file Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference | Civil_L.R. 16-8 |
| 5/5/2008 | *Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per attached Standing Order re Contents of Joint Case Management Statement (also available at http://www.cand.uscourt.gov) | FRCivP 26(a) (1)  Civil_L.R. 16-9 |
| 5/12/2008 | INITIAL CASE MANAGEMENT CONFERENCE (CMC) in Ctrm 15, 18th Floor, SF at 4:00 PM | Civil_L.R. 16-10 |

- 1 -

ORDER GRANTING MISC. ADMINISTRATIVE REQ. TO CONSIDER WHETHER CASES
SHOULD BE RELATED                                                       CASE NO.: 08-CV-0778-MHP

1      *    If the Initial Case Management Conference is continued, the other deadlines are
2  continued accordingly.
3  **IT IS SO ORDERED.**

5  Dated: _____, 2008

6                                        THE MARILYN H. PATEL
                                         JUDGE OF THE SUPERIOR COURT

28  #1036073-v1