1   BRYAN J. SINCLAIR (SBN 205885)
Email: bryan.sinclair@bipc.com
2   KARINEH KHACHATOURIAN (SBN 202634)
Email: karineh.khachatourian@bipc.com
3   BUCHANAN INGERSOLL & ROONEY LLP
333 Twin Dolphin Drive, Suite 700
4   Redwood Shores, California  94065-1418
Telephone:  (650) 622-2300
5   Facsimile:  (650) 622-2499

6   GEORGE GOTTLIEB (ADMITTED *PRO HAC VICE*)
Email: ggottlieb@grr.com
7   MARC P. MISTHAL (ADMITTED *PRO HAC VICE*)
Email: mmisthal@grr.com
8   GOTTLIEB RACKMAN & REISMAN, P.C.
270 Madison Avenue
9   New York, NY  10016-0601
Telephone:  (212) 684-3900
10  Facsimile:  (212) 684-3999

11  Attorneys for Plaintiff,
KNOLL, INC.

12

13            UNITED STATES DISTRICT COURT

14           NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 15  KNOLL, INC., a Delaware corporation, | Case No. 08-CV-0778-MHP |
| 16          Plaintiff, | **CERTIFICATE OF SERVICE** |
| 17     vs. | Judge: Honorable Marilyn H. Patel |
| 18  DANRICK COMMERCE GROUP, LLC a/k/a MODERNCOLLECTIONS.COM, DANNY | Complaint filed:  February 1, 2008<br>Trial date:     None Set |
| 19  LOUIE, and DOES A-Z, Retailers for Alphaville Design, Inc., | |
| 20 | |
| 21         Defendants. | |

22

23

24

25

26

27

28

---

CERTIFICATE OF SERVICE                       CASE NO.: 08-CV-0778-MHP

**CERTIFICATE OF SERVICE**

I am over eighteen years of age, not a party in this action, and employed in the County of San Mateo, State of California, at Buchanan Ingersoll & Rooney LLP, 333 Twin Dolphin Drive, Suite 700, Redwood Shores, CA 94065-1418. On February 22, 2008, I served the following documents:

- **KNOLL INC.'S MISCELLANEOUS ADMINISTRATIVE REQUEST TO CONSIDER WHETHER CASES SHOULD BE RELATED**

- **DECLARATION OF KARINEH KHACHATOURIAN IN SUPPORT OF MISCELLANEOUS ADMINISTRATIVE REQUEST TO CONSIDER WHETHER CASES SHOULD BE RELATED**

- **[PROPOSED] ORDER GRANTING MISCELLANEOUS ADMINISTRATIVE REQUEST TO CONSIDER WHETHER CASES SHOULD BE RELATED**

Manual Notice List and CERTIFICATE OF SERVICE VIA U.S. MAIL:

I am readily familiar with Buchanan Ingersoll & Rooney LLP's practice for collecting, processing and mailing correspondence and pleadings. Such correspondence and pleadings are deposited on the same day with the United States Postal Service in the ordinary course of business. I therefore had a copy of the document(s) listed above placed in a separate envelope for each addressee named hereafter, addressed to each such addressee, respectively, as follows:

| | |
|---|---|
| **Attorneys for,** | **Attorneys for,** |
| **DANRICK COMMERCE GROUP, LLC,** | **Alphaville Designs, Inc.,** |
| **a/k/a ModernCollections.com and Danny** | **David Lee and Peggy Lee** |
| **Louie** | Philip R. Green |
| Neil A. Smith, Esq. | Law Offices of Green & Green |
| Sheppard Mullin | 1000 Fourth Street, Suite 595 |
| Four Embarcadero Center | Courthouse Square |
| San Francisco, CA. 94111 | San Rafael, CA 94901 |

Manual Notice List and CERTIFICATE OF SERVICE VIA ELECTRONIC MAIL:

I served said documents to be transmitted by e-mail using Microsoft Outlook. The names and e-mail addresses of the persons served are set forth in below. A report was properly issued by Microsoft Outlook, and the e-mail was reported as being sent without error.

/ / /

- 1 -

**Attorneys for,**
**DANRICK COMMERCE GROUP,**
**LLC, a/k/a ModernCollections.com**
**and Danny Louie**
Neil A. Smith, Esq.
Sheppard Mullin
Four Embarcadero Center
San Francisco, CA. 94111
Email: nsmith@sheppardmullin.com

I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing an affidavit.

I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made and that this declaration was executed on February 22, 2008, at Redwood Shores, California. I declare under penalty of perjury under the laws of the State of California, and the United States of America, that the foregoing is true and correct.

Executed on February 22, 2008

Samantha Burde

#1036074-v1

CERTIFICATE OF SERVICE                    CASE NO.: 08-CV-0778-MHP