1  SHEPPARD MULLIN RICHTER & HAMPTON LLP
     A Limited Liability Partnership
2      Including Professional Corporations
   NEIL A. SMITH, Cal. Bar No. 63777
3  NATHANIEL BRUNO, Cal. Bar No. 228118
   Four Embarcadero Center, 17th Floor
4  San Francisco, California  94111-4106
   Telephone:     415-434-9100
5  Facsimile:     415-434-3947
   E-mail:        nsmith@smrh.com
6                 nbruno@smrh.com

7  Attorneys for Defendants DANRICK COMMERCE
   GROUP, LLC a/k/a
8  MODERNCOLLECTIONS.COM and DANNY
   LOUIE

9

10
                    UNITED STATES DISTRICT COURT
11
                    NORTHERN DISTRICT OF CALIFORNIA
12
                        SAN FRANCISCO DIVISION
13
   | KNOLL, INC., a Delaware corporation, | Case No. 08-CV-0778 MHP |
   |---|---|
   | Plaintiff, | NOTICE OF APPEARANCE OF NATHANIEL BRUNO |
   | v. | |
   | DANRICK COMMERCE GROUP, LLC a/k/a MODERNCOLLECTIONS.COM, DANNY LOUIE, and DOES A–Z, Retailers for Alphaville Design, Inc., | Honorable Marilyn Hall Patel United States District Judge |
   | Defendants. | |

---

-1-

TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Nathaniel Bruno (Cal. Bar No. 228118) of Sheppard Mullin Richter & Hampton LLP, Four Embarcadero Center, 17th Floor, San Francisco, California 94111, Telephone: 415-434-9100, Fax: 415-434-3947, nbruno@smrh.com, is additional counsel of record for Defendants DANRICK COMMERCE GROUP, LLC a/k/a MODERNCOLLECTIONS.COM ("Danrick") and DANNY LOUIE ("Louie"). This notice is specifically reserving, and without waiver, of any and all claims and defenses that Danrick and Louie may have in this action.

DATED: February 27, 2008

Respectfully submitted,

SHEPPARD MULLIN RICHTER & HAMPTON LLP

By /s/ Nathaniel Bruno
NEIL A. SMITH
NATHANIEL BRUNO

Attorneys for
DANRICK COMMERCE GROUP, LLC and DANNY LOUIE