1  SHEPPARD MULLIN RICHTER & HAMPTON LLP
      A Limited Liability Partnership
2      Including Professional Corporations
   NEIL A. SMITH, Cal. Bar No. 63777
3  NATHANIEL BRUNO, Cal. Bar No. 228118
   Four Embarcadero Center, 17th Floor
4  San Francisco, California  94111-4106
   Telephone:     415-434-9100
5  Facsimile:      415-434-3947
   E-mail:          nsmith@smrh.com
6                     nbruno@smrh.com

7  Attorneys for Defendants DANRICK COMMERCE
   GROUP, LLC a/k/a
8  MODERNCOLLECTIONS.COM and DANNY
   LOUIE

9

10
                    UNITED STATES DISTRICT COURT
11
                    NORTHERN DISTRICT OF CALIFORNIA
12
                    SAN FRANCISCO DIVISION
13

14 | KNOLL, INC., a Delaware corporation,          Case No. 08-CV-0778 MHP

15 |           Plaintiff,                          **[PROPOSED] ORDER BY DANRICK
                                                  COMMERCE GROUP, LLC AND DANNY
16 |    v.                                        LOUIE IN RESPONSE TO KNOLL,
                                                  INC.'S ADMINISTRATIVE REQUEST TO
17 | DANRICK COMMERCE GROUP, LLC a/k/a            RELATE CASES**
   MODERNCOLLECTIONS.COM, DANNY
18 | LOUIE, and DOES A–Z, Retailers for
   Alphaville Design, Inc.,                       Honorable Marilyn Hall Patel
19                                                United States District Judge
             Defendants.

20

21

22

23

24

25

26

27

28
   ─────────────────────────────           -1-
   W02-WEST:6NB1\400727991.1                     [PROPOSED] ORDER BY DANRICK COMMERCE
                                                 GROUP, LLC AND DANNY LOUIE IN RESPONSE TO
   Case No. 08-CV-0778 MHP                       KNOLL, INC.'S ADMINISTRATIVE REQUEST TO
                                                                            RELATE CASES

1  Plaintiff Knoll, Inc.'s motion entitled "KNOLL INC.'S MISCELLANEOUS
2  ADMINISTRATIVE REQUEST TO CONSIDER WHETHER CASES SHOULD BE
3  RELATED" [Docket No. 7], having been duly presented to the Honorable United States District
4  Judge Marilyn Hall Patel, and after considering the papers and the arguments of counsel, Federal
5  Rules of Civil Procedure, and Civil Local Rules, the Court orders as follows:

6  1.   IT IS HEREBY ORDERED THAT the actions entitled *Alphaville Design, Inc. v.*
7       *Knoll, Inc.*, Case No. 07-CV-05569-MHP and *Knoll, Inc. v. Danrick Commerce*
8       *Group, LLC et al.*, Case No. 08-CV-0778-MHP are hereby related pursuant to Civil
9       Local Rule 3-12.  This Court shall notify the Clerk of the relation of these cases.

10 2.   IT IS HEREBY FURTHER ORDERED THAT the parties to both related cases set
11      forth above shall adhere to the case management schedule currently set in this
12      action, Case No. 08-CV-0778, as set forth in Docket No. 2 to this action.

13 3.   IT IS HEREBY FURTHER ORDERED THAT this Order is without prejudice to
14      any of the rights of Danrick Commerce Group, LLC a/k/a Moderncollections.com
15      and Danny Louie (parties to this action, Case No. 08-CV-0778-MHP), as well as
16      without prejudice to any of the rights of Alphaville Design, Inc, David Lee, and
17      Peggy Lee (parties to Case No. 07-CV-05569-MHP), including, without limitation,
18      the right to seek a stay or dismissal of either action and/or all remedies available
19      under Fed. R. Civ. P. 41.

**IT IS SO ORDERED.**

Dated:_____    _____

Honorable District Judge Marilyn Hall Patel

-2-

W02-WEST:6NB1\400727991.1
Case No. 08-CV-0778 MHP

[PROPOSED] ORDER BY DANRICK COMMERCE GROUP, LLC AND DANNY LOUIE IN RESPONSE TO KNOLL, INC.'S ADMINISTRATIVE REQUEST TO RELATE CASES