1 | SHEPPARD MULLIN RICHTER & HAMPTON LLP
   A Limited Liability Partnership
2 |    Including Professional Corporations
NEIL A. SMITH, Cal. Bar No. 63777
3 | NATHANIEL BRUNO, Cal. Bar No. 228118
Four Embarcadero Center, 17th Floor
4 | San Francisco, California  94111-4106
Telephone:    415-434-9100
5 | Facsimile:    415-434-3947
E-mail:        nsmith@smrh.com
6 |             nbruno@smrh.com

7 | Attorneys for Defendants DANRICK COMMERCE GROUP, LLC a/k/a
8 | MODERNCOLLECTIONS.COM and DANNY LOUIE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KNOLL, INC., a Delaware corporation, | Case No. 08-CV-0778 MHP |
| Plaintiff, | NOTICE OF APPEARANCE OF NEIL A. SMITH |
| v. | |
| DANRICK COMMERCE GROUP, LLC a/k/a MODERNCOLLECTIONS.COM, DANNY LOUIE, and DOES A–Z, Retailers for Alphaville Design, Inc., | Honorable Marilyn Hall Patel<br>United States District Judge |
| Defendants. | |

-1-

TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Neil A. Smith (Cal. Bar No. 63777) of Sheppard Mullin Richter & Hampton LLP, Four Embarcadero Center, 17th Floor, San Francisco, California 94111, Telephone: 415-434-9100, Fax: 415-434-3947, nsmith@smrh.com, is additional counsel of record for Defendants DANRICK COMMERCE GROUP, LLC a/k/a MODERNCOLLECTIONS.COM ("Danrick") and DANNY LOUIE ("Louie"). This notice is specifically reserving, and without waiver, of any and all claims and defenses that Danrick and Louie may have in this action.

DATED: February 27, 2008

                    Respectfully submitted,

                    SHEPPARD MULLIN RICHTER & HAMPTON LLP


                    By  /s/ Neil A. Smith
                            NEIL A. SMITH
                            NATHANIEL BRUNO

                            Attorneys for
          DANRICK COMMERCE GROUP, LLC and DANNY LOUIE