1  SHEPPARD MULLIN RICHTER & HAMPTON LLP
     A Limited Liability Partnership
2    Including Professional Corporations
   NEIL A. SMITH, Cal. Bar No. 63777
3  MICHELLE J. HIRTH, Cal. Bar No. 200024
   NATE BRUNO, Cal. Bar No. 228118
4  Four Embarcadero Center, 17th Floor
   San Francisco, California 94111-4106
5  Telephone:   415-434-9100
   Facsimile:    415-434-3947
6
   Attorneys for Defendants DANRICK
7  COMMERCE GROUP, LLC a/k/a
   MODERNCOLLECTIONS.COM, and DANNY
8  LOUIE.

9

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12

13 | KNOLL, INC., a Delaware corporation,     | Case No. CV-08-0778 MHP
14 |                  Plaintiff,              | **STIPULATED EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD IN RESPONSE TO COMPLAINT**
15 |        v.                                |
16 | DANRICK COMMERCE GROUP, LLC
   | a/k/a MODERNCOLLECTIONS.COM,
17 | DANNY LOUIE, and DOES A–Z,
   | Retailers for Alphaville Design, Inc.,
18 |
   |                  Defendants.
19

20
           Plaintiff Knoll, Inc. and Defendants Danrick Commerce Group, LLC, d/b/a
21
   Moderncollections.com ("Danrick") and Danny Louie ("Louie"), by their counsel, hereby
22
   stipulate that Defendant Danrick shall have a fifteen (15) day extension of time to March
23
   12, 2008, to answer or otherwise plead in response to the complaint of Plaintiff, and that
24
   Defendant Louie shall have until the same date, March 12, 2008, to answer or otherwise
25
   plead. Danrick and Louie further stipulate that its counsel is authorized to accept service
26
   on their behalf and that service has properly been effected.
27

28
                                      -1-

This is the first extension of time sought or granted, and is not for the purpose of delay.

DATED: February 28, 2008

                    Respectfully submitted,

                    SHEPPARD MULLIN RICHTER & HAMPTON LLP

                    By  /s/ Neil A. Smith
                            NEIL A. SMITH

                    Attorneys for Defendants
                DANRICK COMMERCE GROUP, LLC and
                          DANNY LOUIE.

I concur with the request for extension.

DATED: February __, 2008

                    Respectfully submitted,

                    GOTTLIEB RACKMAN & REISMAN
                    BUCHANAN, INGERSOLL & ROONEY LLP

                    By  _____

                    Attorneys for Plaintiff Knoll, Inc.

This is the first extension of time sought or granted, and is not for the purpose of delay.

DATED: February 26, 2008

Respectfully submitted,

SHEPPARD MULLIN RICHTER & HAMPTON LLP

By _____
NEIL A. SMITH

Attorneys for Defendants
DANRICK COMMERCE GROUP, LLC and DANNY LOUIE.

I concur with the request for extension.

DATED: February 28, 2008

Respectfully submitted,

GOTTLIEB RACKMAN & REISMAN
BUCHANAN, INGERSOLL & ROONEY LLP

By _____ /JMR
Karineh Khachatourian

Attorneys for Plaintiff Knoll, Inc.

-2-

W02-WEST:5NAS1\400726289.1      STIPULATED EXTENSION OF TIME TO ANSWER OR
                                OTHERWISE PLEAD IN RESPONSE TO COMPLAINT