SHEPPARD MULLIN RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
NEIL A. SMITH, Cal. Bar No. 63777
MICHELLE J. HIRTH, Cal. Bar No. 200024
NATE BRUNO, Cal. Bar No. 228118
Four Embarcadero Center, 17th Floor
San Francisco, California  94111-4106
Telephone:    415-434-9100
Facsimile:     415-434-3947

Attorneys for Defendants DANRICK
COMMERCE GROUP, LLC a/k/a
MODERNCOLLECTIONS.COM, and DANNY
LOUIE.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KNOLL, INC., a Delaware corporation,<br><br>                Plaintiff,<br><br>        v.<br><br>DANRICK COMMERCE GROUP, LLC a/k/a MODERNCOLLECTIONS.COM, DANNY LOUIE, and DOES A–Z, Retailers for Alphaville Design, Inc.,<br><br>                Defendants. | Case No. CV-08-0778 MHP<br><br>**STIPULATED EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD IN RESPONSE TO COMPLAINT** |

   Plaintiff Knoll, Inc. and Defendants Danrick Commerce Group, LLC, d/b/a Moderncollections.com ("Danrick") and  Danny Louie ("Louie"), by their counsel, hereby stipulate that Defendant Danrick shall have a fifteen (15) day extension of time to March 12, 2008, to answer or otherwise plead in response to the complaint of Plaintiff, and that Defendant Louie shall have until the same date, March 12, 2008, to answer or otherwise plead.  Danrick and Louie further stipulate that its counsel is authorized to accept service on their behalf and that service has properly been effected.

-1-

1    This is the first extension of time sought or granted, and is not for the
2  purpose of delay.

3  DATED:  February 28, 2008

Respectfully submitted,

SHEPPARD MULLIN RICHTER & HAMPTON LLP


By  /s/ Neil A. Smith
         NEIL A. SMITH

Attorneys for Defendants
DANRICK COMMERCE GROUP, LLC and
DANNY LOUIE.

I concur with the request for extension.

DATED:  February __, 2008

Respectfully submitted,

GOTTLIEB RACKMAN & REISMAN
BUCHANAN, INGERSOLL & ROONEY LLP


By _____


Attorneys for Plaintiff Knoll, Inc.

1    This is the first extension of time sought or granted, and is not for the
2 purpose of delay.
3 DATED: February 26, 2008

4          Respectfully submitted,

5          SHEPPARD MULLIN RICHTER & HAMPTON LLP

7         By _____
8           NEIL A. SMITH

9          Attorneys for Defendants
10        DANRICK COMMERCE GROUP, LLC and
           DANNY LOUIE.

12 I concur with the request for extension.
13 DATED: February 28, 2008

14          Respectfully submitted,

16          GOTTLIEB RACKMAN & REISMAN
         BUCHANAN, INGERSOLL & ROONEY LLP

18        By _____ /JMR
19          Karmeh Khachatourian

21         Attorneys for Plaintiff Knoll, Inc.

25 Dated: 2/29/08

**IT IS SO ORDERED**
Judge Marilyn H. Patel
*United States District Court, Northern District of California*