1  BRYAN J. SINCLAIR (SBN 205885)
   Email: bryan.sinclair@bipc.com
2  KARINEH KHACHATOURIAN (SBN 202634)
   Email: karineh.khachatourian@bipc.com
3  BUCHANAN INGERSOLL & ROONEY LLP
   333 Twin Dolphin Drive, Suite 700
4  Redwood Shores, California 94065-1418
   Telephone: (650) 622-2300
5  Facsimile: (650) 622-2499

6  GEORGE GOTTLIEB (ADMITTED *PRO HAC VICE*)
   Email: ggottlieb@grr.com
7  MARC P. MISTHAL (ADMITTED *PRO HAC VICE*)
   Email: mmisthal@grr.com
8  GOTTLIEB RACKMAN & REISMAN, P.C.
   270 Madison Avenue
9  New York, NY 10016-0601
   Telephone: (212) 684-3900
10 Facsimile: (212) 684-3999

11 Attorneys for Plaintiff,
   KNOLL, INC.
12

13                     UNITED STATES DISTRICT COURT

14                    NORTHERN DISTRICT OF CALIFORNIA

15 | KNOLL, INC., a Delaware corporation,     | Case No. 08-CV-0778-MHP
16 |            Plaintiff,                     | **CERTIFICATE OF SERVICE**
17 |    vs.                                    |
18 | DANRICK COMMERCE GROUP, LLC a/k/a        |
   | MODERNCOLLECTIONS.COM, DANNY              |
19 | LOUIE, and DOES A-Z, Retailers for       |
   | Alphaville Design, Inc.,                  |
20 |                                           |
   |            Defendants.                    |
21

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE                                CASE NO.: 08-CV-0778-MHP

**CERTIFICATE OF SERVICE**

I am over eighteen years of age, not a party in this action, and employed in the County of San Mateo, State of California, at Buchanan Ingersoll & Rooney LLP, 333 Twin Dolphin Drive, Suite 700, Redwood Shores, CA 94065-1418. On March 3, 2008, I served the following documents:

- **COMPLAINT FOR TRADEMARK INFRINGEMENT AND RELATED CAUSES**
- **CIVIL COVER SHEET**
- **SUMMONS IN A CIVIL CASE**
- **KNOLL, INC.'S CERTIFICATE OF INTERESTED PARTIES [CIV. L. R. 3-16]**
- **WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO**
- **ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**
- **NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION**
- **U.S. DISTRICT COURT NORTHERN DISTRICT; ECF REGISTRATION INFORMATION HANDOUT**

Manual Notice List and CERTIFICATE OF SERVICE VIA CERTIFIED U.S. MAIL, RETURN RECEIPT REQUESTED:

I am readily familiar with Buchanan Ingersoll & Rooney LLP's practice for collecting, processing and mailing correspondence and pleadings. Such correspondence and pleadings are deposited on the same day with the United States Postal Service in the ordinary course of business. I therefore had a copy of the documents listed above placed in a separate envelope for each addressee named hereafter, addressed to each such addressee, respectively, as follows:

<u>Attorneys for,
DANRICK COMMERCE GROUP, LLC, a/k/a
ModernCollections.com and Danny Louie</u>
Neil A. Smith, Esq.
Sheppard Mullin Richter & Hampton LLP
Four Embarcadero Center, Seventeenth Floor
San Francisco, CA 94111

- 1 -

| CERTIFICATE OF SERVICE | CASE NO.: 08-CV-0778-MHP |

1  I am aware that on motion of the party served, service is presumed invalid if postal
2  cancellation date or postage meter date is more than one day after the date of deposit for mailing an
3  affidavit.
4  I declare that I am employed in the office of a member of the Bar of this Court at whose
5  direction the service was made and that this declaration was executed on March 3, 2008, at
6  Redwood Shores, California. I declare under penalty of perjury under the laws of the State of
7  California, and the United States of America, that the foregoing is true and correct.

Executed on March 3, 2008

*Samantha Burde* (signature)
Samantha Burde

#1036723-v1

- 2 -

CERTIFICATE OF SERVICE                                CASE NO.: 08-CV-0778-MHP