1  SHEPPARD MULLIN RICHTER & HAMPTON LLP
      A Limited Liability Partnership
2     Including Professional Corporations
   NEIL A. SMITH, Cal. Bar No. 63777
3  NATHANIEL BRUNO, Cal. Bar No. 228118
   Four Embarcadero Center, 17th Floor
4  San Francisco, California  94111-4106
   Telephone:    415-434-9100
5  Facsimile:    415-434-3947
   E-mail:       nsmith@smrh.com
6                nbruno@smrh.com

7  Attorneys for Defendants DANRICK COMMERCE
   GROUP, LLC a/k/a
8  MODERNCOLLECTIONS.COM and DANNY
   LOUIE

9

10                 UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                    SAN FRANCISCO DIVISION

| | |
|---|---|
| KNOLL, INC., a Delaware corporation, | Case No. 08-CV-0778 MHP |
| Plaintiff, | RESPONSE BY DANRICK COMMERCE GROUP, LLC AND DANNY LOUIE TO PREMATURELY-FILED CASE MANAGEMENT STATEMENT OF KNOLL, INC. |
| v. | |
| DANRICK COMMERCE GROUP, LLC a/k/a MODERNCOLLECTIONS.COM, DANNY LOUIE, and DOES A–Z, Retailers for Alphaville Design, Inc., | |
| | Honorable Marilyn Hall Patel
United States District Judge |
| Defendants. | Complaint Filed:  February 1, 2008 |
| DANRICK COMMERCE GROUP, LLC a/k/a MODERNCOLLECTIONS.COM, a California limited liability company, | |
| Counterclaimant, | |
| v. | |
| KNOLL, INC., a Delaware corporation, | |
| Counterdefendant. | |

1  TO THE HONORABLE COURT, AND TO ALL PARTIES AND THEIR
2  COUNSEL OF RECORD:

3  For the purpose of clarifying the docket and record in this action,
4  Defendant/Counterclaimant Danrick Commerce Group, LLC ("Danrick") and Defendant Danny
5  Louie ("Louie") hereby file this statement in response to the purported "Joint Case Management
6  Statement" ("Knoll's CMC Statement") filed in this action as Docket No. 19 by
7  Plaintiff/Counterdefendant Knoll, Inc. ("Knoll").  Knoll's CMC Statement was initially filed as
8  Docket No. 36 in the related case of *Alphaville Design, Inc. v. Knoll, Inc.*, Case No. 07-CV-5569-
9  MHP.  Danrick and Louie are not parties to that action, were erroneously sued pursuant to
10 purported "counterclaims" by Knoll in that action, have never been served with a summons in that
11 action, and did not participate in the Fed. R. Civ. P. 26 conference or communicate with Knoll
12 regarding the preparation of a case management statement in that action.  In fact, Danrick and
13 Louie have requested that Knoll officially dismiss them from Knoll's erroneously-filed
14 "counterclaims" in that action.  But for some unexplained reason, Knoll filed its Case Management
15 Statement from that action (*i.e.*, Docket No. 36 in Case No. 07-CV-5569-MHP) as Docket No. 19
16 in this action as well, creating potential confusion as to whether Danrick and Louie participated or
17 are somehow parties to that action and case management process, which they are not.

18 Danrick and Louie did not participate with Knoll in the preparation of Knoll's Case
19 Management Statement or in the meet and confer process leading thereto in the separate but
20 related Alphaville Action (Case No. 07-CV-5569-MHP) because, as explained above, Danrick and
21 Louie are not parties to that action.  Knoll has now filed three separate actions against Danrick and
22 Louie for the same purported claims (one in the Southern District of New York which was
23 dismissed, and now two more here in the Northern District of California), thereby increasing the
24 unfair expense and burden to Danrick and Louie, which are a small company that is a customer of
25 Alphaville Design, Inc. (Danrick) and one of Danrick's owners (Louie).

26 Furthermore, Danrick and Louie have been specifically advised by Knoll's counsel
27 that their Fed. R. Civ. P. 26-related and case management-related issues will be dealt with
28 according to the schedule set forth in this action, for which the Initial Case Management

-2-

W02-WEST:6NB1\400748978.1
Case No. 08-CV-0778 MHP

RESPONSE TO KNOLL, INC.'S PREMATURELY-
FILED CASE MANAGEMENT STATEMENT

1  Conference is currently set for May 12, 2008.  (*See* Docket No 2.)  Therefore, the time for filing a
2  joint case management statement has not yet arrived (the appropriate date is set for May 5, 2008),
3  Knoll's filing of a purported statement was improper and confusing, and Danrick and Louie will
4  adhere to the schedule of dates set forth in this action in connection with the Initial Case
5  Management Conference set for May 12, 2008, pending any future modifications to that schedule.

DATED:  March 17, 2008

> Respectfully submitted,
>
> SHEPPARD MULLIN RICHTER & HAMPTON LLP
>
>
> By  /s/ Nathaniel Bruno
> NEIL A. SMITH
> NATHANIEL BRUNO
>
> Attorneys for
> DANRICK COMMERCE GROUP, LLC and DANNY LOUIE