1  KARINEH KHACHATOURIAN (SBN 202634)
   Email: karineh.khachatourian@bipc.com
2  BRYAN J. SINCLAIR (SBN 205885)
   Email: bryan.sinclair@bipc.com
3  JEFFREY M. RATINOFF (SBN 197241)
   Email: jeffrey.ratinoff@bipc.com
4  BUCHANAN INGERSOLL & ROONEY LLP
   333 Twin Dolphin Drive, Suite 700
5  Redwood Shores, California 94065-1418
   Telephone: (650) 622-2300
6  Facsimile: (650) 622-2499

7  GEORGE GOTTLIEB (ADMITTED *PRO HAC VICE*)
   Email: ggottlieb@grr.com
8  MARC P. MISTHAL (ADMITTED *PRO HAC VICE*)
   Email: mmisthal@grr.com
9  GOTTLIEB RACKMAN & REISMAN, P.C.
   270 Madison Avenue
10 New York, NY 10016-0601
   Telephone: (212) 684-3900
11 Facsimile: (212) 684-3999

12 Attorneys for Plaintiff and Counter-Defendant,
   KNOLL, INC.
13

14                    UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 16 KNOLL, INC., a Delaware corporation, | Related Case No. 08-CV-0778-MHP |
| 17           Plaintiff, | **NOTICE OF APPEARANCE** |
| 18       vs. | Judge: Honorable Marilyn H. Patel |
| 19 DANRICK COMMERCE GROUP, LLC a/k/a MODERNCOLLECTIONS.COM, DANNY LOUIE, and DOES A-Z, Retailers for Alphaville Design, Inc., | Complaint filed: February 1, 2008<br>Trial Date: None set |
| 20 | |
| 21           Defendants. | |
| 22 AND RELATED COUNTERCLAIMS. | |
| 23 | |
| 24 [Caption continued on following page.] | |

---

NOTICE OF APPEARANCE                                    Case No. 08-CV-0778-MHP

| | |
|---|---|
| 1  ALPHAVILLE DESIGN, INC., a Delaware corporation,<br>2          Plaintiff,<br>3      vs.<br>4  KNOLL, INC., a Delaware corporation,<br>5          Defendant.<br>6  AND RELATED COUNTERCLAIMS. | Related Case No. 07-CV-05569 MHP<br>**NOTICE OF APPEARANCE**<br>Judge: Honorable Marilyn H. Patel<br>Complaint filed:   November 1, 2007<br>Trial Date:        None set |

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOTICE OF APPEARANCE                                   Case No. 08-CV-0778-MHP

1 | TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2 | PLEASE TAKE NOTICE that Jeffrey M. Ratinoff, of the law offices of Buchanan Ingersoll

3 | & Rooney LLP, hereby files this Notice of Appearance in Case Number 08-CV-0778-MHP as

4 | counsel for Defendant KNOLL, INC. in this matter, and requests that copies of all briefs, motions,

5 | orders, correspondence and other papers be electronically served on the undersigned at

6 | jeffrey.ratinoff@bipc.com.

7 | Dated: April 1, 2008       Respectfully submitted,

8 | BUCHANAN INGERSOLL & ROONEY LLP

9 | /s/ Jeffrey M. Ratinoff
By:   JEFFREY M. RATINOFF

Attorneys for Plaintiff and Counter-Defendant,
KNOLL, INC.

28 | #1038403-v1