KARINEH KHACHATOURIAN (SBN 202634)
Email: karineh.khachatourian@bipc.com
BRYAN J. SINCLAIR (SBN 205885)
Email: bryan.sinclair@bipc.com
JEFFREY M. RATINOFF (SBN 197241)
Email: jeffrey.ratinoff@bipc.com
BUCHANAN INGERSOLL & ROONEY LLP
333 Twin Dolphin Drive, Suite 700
Redwood Shores, California 94065-1418
Telephone: (650) 622-2300
Facsimile: (650) 622-2499

GEORGE GOTTLIEB (ADMITTED *PRO HAC VICE*)
Email: ggottlieb@grr.com
MARC P. MISTHAL (ADMITTED *PRO HAC VICE*)
Email: mmisthal@grr.com
GOTTLIEB RACKMAN & REISMAN, P.C.
270 Madison Avenue
New York, NY 10016-0601
Telephone: (212) 684-3900
Facsimile: (212) 684-3999

Attorneys for Plaintiff and Counter-Defendant,
KNOLL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KNOLL, INC., a Delaware corporation,<br><br>            Plaintiff,<br><br>    vs.<br><br>DANRICK COMMERCE GROUP, LLC a/k/a MODERNCOLLECTIONS.COM, DANNY LOUIE, and DOES A-Z, Retailers for Alphaville Design, Inc.,<br><br>            Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Related Case No. 08-CV-0778-MHP<br><br>**STIPULATION EXTENDING TIME FOR KNOLL, INC. TO RESPOND TO DANRICK COMMERCE GROUP, LLC'S COUNTERCLAIMS**<br><br>Judge: Honorable Marilyn H. Patel<br><br>Complaint filed:   February 1, 2008<br>Trial Date:            None set |

[Caption continued on following page.]

---

STIPULATION EXTENDING TIME FOR KNOLL, INC. TO RESPOND TO
COUNTERCLAIMS; Case No. 08-CV-0778-MHP

| | | |
|---|---|---|
| 1 | ALPHAVILLE DESIGN, INC., a Delaware corporation, | Related Case No. 07-CV-05569 MHP |
| 2 | Plaintiff, | **STIPULATION EXTENDING TIME FOR KNOLL, INC. TO RESPOND TO DANRICK COMMERCE GROUP, LLC'S COUNTERCLAIMS** |
| 3 | vs. | |
| 4 | KNOLL, INC., a Delaware corporation, | |
| 5 | Defendant. | Judge: Honorable Marilyn H. Patel |
| 6 | | Complaint filed:   November 1, 2007 |
| 7 | | Trial Date:           None set |
| 8 | AND RELATED COUNTERCLAIMS. | |

STIPULATION EXTENDING TIME FOR KNOLL, INC. TO RESPOND TO
COUNTERCLAIMS; Case No. 08-CV-0778-MHP

**STIPULATION**

WHEREAS, on February 1, 2008, Plaintiff KNOLL, INC. ("Knoll") filed suit for trademark infringement, unfair competition and related claims against, Defendants DANRICK COMMERCE GROUP, LLC a/k/a MODERNCOLLECTIONS.COM ("Danrick "), and DANNY LOUIE ("Louie").

WHEREAS, after obtaining a 15-day stipulated extension of time to respond to the Complaint, on March 12, 2008, Danrick and Louie (collectively "Defendants") filed their Answer to Knoll's Complaint and Danrick filed its Counterclaims against Knoll.

WHEREAS, Knoll's response to the Counterclaims is currently due on April 1, 2008.

WHEREAS, in light of the challenge to the validity of the Knoll trademarks asserted by the plaintiff in another related Action, entitled *Alphaville Design, Inc., vs. Knoll, Inc.*, Case No. 07-CV-05569 MHP, the parties are negotiating a stipulation and proposed order to stay this Action.

WHEREAS, Knoll and Danrick agree that the time for Knoll to respond to the Counterclaims should be continued to help facilitate these negotiations and is in the interests of judicial economy and conserving the resources of the parties.

WHEREAS, this is the first extension sought in relation to the Counterclaims, this extension is not for the purpose of delay, and the parties believe that this extension of time will not affect any dates that have been set by the Court.

ACCORDINGLY, the parties, by and through their undersigned counsel, HEREBY STIPULATE that Knoll's response to the Counterclaims filed by Danrick, which was originally due on April 1, 2008, may be filed and served up to and including May 1, 2008.

Dated: March 31, 2008            SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

/s/ Nathaniel Bruno

By:  Neil A. Smith
     Nathaniel Bruno
     Attorneys for Defendants,
     DANRICK COMMERCE GROUP, LLC. a/k/a
     MODERNCOLLECTIONS.COM, and DANNY
     LOUIE

- 1 -

STIPULATION EXTENDING TIME FOR KNOLL, INC. TO RESPOND TO COUNTERCLAIMS; Case No. 08-CV-0778-MHP

| | |
|---|---|
| Dated: March 31, 2008 | BUCHANAN INGERSOLL & ROONEY LLP |

/s/ Jeffrey M. Ratinoff

By: Karineh Khachatourian
   Bryan J. Sinclair
   Jeffrey M. Ratinoff

   Attorneys for Plaintiff,
   KNOLL, INC.

*OF COUNSEL*

GEORGE GOTTLIEB (ADMITTED *PRO HAC VICE*)
Email: ggottlieb@grr.com
MARC P. MISTHAL (ADMITTED *PRO HAC VICE*)
Email: mmisthal@grr.com
GOTTLIEB RACKMAN & REISMAN, P.C.
270 Madison Avenue
New York, NY  10016-0601
Telephone:  (212) 684-3900
Facsimile:   (212) 684-3999

Attorneys for Defendant and Counterclaimant,
KNOLL, INC.

#1038341-v1

- 2 -

STIPULATION EXTENDING TIME FOR KNOLL, INC. TO RESPOND TO
COUNTERCLAIMS; Case No. 08-CV-0778-MHP