1  KARINEH KHACHATOURIAN (SBN 202634)
   Email: karineh.khachatourian@bipc.com
2  BRYAN J. SINCLAIR (SBN 205885)
   Email: bryan.sinclair@bipc.com
3  JEFFREY M. RATINOFF (SBN 197241)
   Email: jeffrey.ratinoff@bipc.com
4  BUCHANAN INGERSOLL & ROONEY LLP
   333 Twin Dolphin Drive, Suite 700
5  Redwood Shores, California 94065-1418
   Telephone: (650) 622-2300
6  Facsimile: (650) 622-2499

7  GEORGE GOTTLIEB (ADMITTED *PRO HAC VICE*)
   Email: ggottlieb@grr.com
8  MARC P. MISTHAL (ADMITTED *PRO HAC VICE*)
   Email: mmisthal@grr.com
9  GOTTLIEB RACKMAN & REISMAN, P.C.
   270 Madison Avenue
10 New York, NY 10016-0601
   Telephone: (212) 684-3900
11 Facsimile: (212) 684-3999

12 Attorneys for Plaintiff and Counter-Defendant,
   KNOLL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KNOLL, INC., a Delaware corporation,<br><br>            Plaintiff,<br><br>    vs.<br><br>DANRICK COMMERCE GROUP, LLC a/k/a MODERNCOLLECTIONS.COM, DANNY LOUIE, and DOES A-Z, Retailers for Alphaville Design, Inc.,<br><br>            Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Related Case No. 08-CV-0778-MHP<br><br>**STIPULATION AND [PROPOSED] ORDER STAYING ACTION**<br><br>Judge: Honorable Marilyn H. Patel<br><br>Complaint filed: February 1, 2008<br>Trial Date: None set |

[Caption continued on following page.]

STIPULATION AND [PROPOSED] ORDER STAYING ACTION; Case No. 08-CV-0778-MHP

| | |
|---|---|
| ALPHAVILLE DESIGN, INC., a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>KNOLL, INC., a Delaware corporation,<br><br>　　　　　Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Related Case No. 07-CV-05569 MHP<br><br>**STIPULATION AND [PROPOSED] ORDER STAYING ACTION**<br><br>Judge: Honorable Marilyn H. Patel<br><br>Complaint filed:　November 1, 2007<br>Trial Date:　　　None set |

STIPULATION AND [PROPOSED] ORDER STAYING ACTION; Case No. 08-CV-0778-MHP

**STIPULATION**

WHEREAS, on November 1, 2007, ALPHAVILLE DESIGN, INC. ("Alphaville") filed an action against KNOLL, INC. ("Knoll")for declaratory relief of invalidity and non-infringement of certain trademarks owned by Knoll ("the Knoll Trademarks"), Northern District Related Case No. 07-CV-05569 MHP (hereinafter referred to as "the Alphaville Action").

WHEREAS, on February 1, 2008, Knoll filed suit for trademark infringement, unfair competition and related claims against Defendants DANRICK COMMERCE GROUP, LLC a/k/a MODERNCOLLECTIONS.COM ("Danrick ") and DANNY LOUIE ("Louie"), Northern District Related Case No. CV-08-0778 MHP, wherein Knoll's claims were based on the same trademarks at issue in the Alphaville Action (hereinafter referred to as "the Danrick Action").

WHEREAS, on February 28, 2008, the Court deemed the Alphaville Action and the Danrick Action to be related cases pursuant to Civil Local Rule 3-12.

WHEREAS, counsel for the parties in the Danrick Action agree that, because of the challenge to the validity of the Knoll Trademarks by the plaintiff in the Alphaville Action, which are also at issue in this Action, and the Court's suggestion at the case management conference that a motion for summary judgment be filed on the issue of validity in the Alphaville Action, that the Danrick Action be stayed and all dates and deadlines related thereto be tolled accordingly.

WHEREAS, since the outcome of issues concerning validity of the Knoll Trademarks in the Alphaville Action may affect the outcome of this Action, a stay is in the interests of judicial economy and will conserve the resources of the parties and the Court.

ACCORDINGLY, the parties, by and through their undersigned counsel, HEREBY STIPULATE THAT:

(1) All proceedings in the action entitled, *Knoll, Inc. v. Danrick Commerce Group, LLC a/k/a ModernCollections.com, Danny Louie et al.*, Northern District Related Case No. 08-CV-0778-MHP are hereby stayed until fourteen (14) days after final disposition of the action entitled *Alphaville Design, Inc. v. Knoll, Inc.*, Northern District Related Case No. 07-CV-05569 MHP, or settlement thereof, which ever occurs first.

(2) All dates and deadlines set by the laws of the United States, the laws of the State of

California, the common law, the Federal Rules of Civil Procedure, the Local Rules and the General Orders of the Northern District of California, and the Orders of this Court are hereby tolled for a period equivalent to the length of the stay to the action entitled, *Knoll, Inc. v. Danrick Commerce Group, LLC a/k/a ModernCollections.com, Danny Louie et al.*, Northern District Related Case No. 08-CV-0778-MHP.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: April 17, 2008

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By: Neil A. Smith
Nathaniel Bruno
Attorneys for Defendants,
DANRICK COMMERCE GROUP, LLC. a/k/a MODERNCOLLECTIONS.COM, and DANNY LOUIE

Dated: April 17, 2008

BUCHANAN INGERSOLL & ROONEY LLP

By: Karineh Khachatourian
Bryan J. Sinclair
Jeffrey M. Ratinoff

Attorneys for Plaintiff,
KNOLL, INC.

*OF COUNSEL*

GEORGE GOTTLIEB (ADMITTED *PRO HAC VICE*)
Email: ggottlieb@grr.com
MARC P. MISTHAL (ADMITTED *PRO HAC VICE*)
Email: mmisthal@grr.com
GOTTLIEB RACKMAN & REISMAN, P.C.
270 Madison Avenue
New York, NY 10016-0601
Telephone: (212) 684-3900
Facsimile: (212) 684-3999

Attorneys for Defendant and Counterclaimant,
KNOLL, INC.

- 2 -
STIPULATION AND [PROPOSED] ORDER STAYING ACTION; Case No. 08-CV-0778-MHP

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED,

Dated: _____, 2008

_____
THE HONORABLE MARILYN H. PATEL
FEDERAL DISTRICT COURT JUDGE

#1038335-v3

1  BRYAN J. SINCLAIR (SBN 205885)
   Email: bryan.sinclair@bipc.com
2  KARINEH KHACHATOURIAN (SBN 202634)
   Email: karineh.khachatourian@bipc.com
3  BUCHANAN INGERSOLL & ROONEY LLP
   333 Twin Dolphin Drive, Suite 700
4  Redwood Shores, California 94065-1418
   Telephone: (650) 622-2300
5  Facsimile: (650) 622-2499

6  GEORGE GOTTLIEB (ADMITTED *PRO HAC VICE*)
   Email: ggottlieb@grr.com
7  MARC P. MISTHAL (ADMITTED *PRO HAC VICE*)
   Email: mmisthal@grr.com
8  GOTTLIEB RACKMAN & REISMAN, P.C.
   270 Madison Avenue
9  New York, NY 10016-0601
   Telephone: (212) 684-3900
10 Facsimile: (212) 684-3999

11 Attorneys for Plaintiff,
   KNOLL, INC.
12

13                UNITED STATES DISTRICT COURT

14                NORTHERN DISTRICT OF CALIFORNIA

15 | KNOLL, INC., a Delaware corporation,   | Case No. 08-CV-0778-MHP
16 |                Plaintiff,              | **CERTIFICATE OF SERVICE**
17 |        vs.                             | Judge: Honorable Marilyn H. Patel
18 | DANRICK COMMERCE GROUP, LLC a/k/a      | Complaint filed: February 1, 2008
   | MODERNCOLLECTIONS.COM, DANNY           | Trial date:      None Set
19 | LOUIE, and DOES A-Z, Retailers for
   | Alphaville Design, Inc.,
20 |
   |                Defendants.
21 |
22 | AND RELATED COUNTERCLAIMS.

23

24 [Caption continued on following page.]

25

26

27

28

| | |
|---|---|
| ALPHAVILLE DESIGN, INC., a Delaware corporation,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>KNOLL, INC., a Delaware corporation,<br><br>　　　　　　　Defendant.<br><br>AND RELATED COUNTERCLAIMS | Related Case No. 07-CV-05569 MHP<br><br>**STIPULATION AND [PROPOSED] ORDER STAYING ACTION**<br><br>Judge: Honorable Marilyn H. Patel<br><br>Complaint filed: February 1, 2008<br>Trial Date:　　　None Set |

CERTIFICATE OF SERVICE　　　　　　　　　　　　　　　　　　　Case No.: 08-CV-0778-MHP

**CERTIFICATE OF SERVICE**

I am over eighteen years of age, not a party in this action, and employed in the County of San Mateo, State of California, at Buchanan Ingersoll & Rooney LLP, 333 Twin Dolphin Drive, Suite 700, Redwood Shores, CA 94065-1418. On April 18, 2008, I served the following documents:

- **STIPULATION AND [PROPOSED] ORDER STAYING ACTION**

Manual Notice List and CERTIFICATE OF SERVICE VIA U.S. MAIL:

I am readily familiar with Buchanan Ingersoll & Rooney LLP's practice for collecting, processing and mailing correspondence and pleadings. Such correspondence and pleadings are deposited on the same day with the United States Postal Service in the ordinary course of business. I therefore had a copy of the document listed above placed in a separate envelope for each addressee named hereafter, addressed to each such addressee, respectively, as follows:

**Attorneys for,**
**Alphaville Designs, Inc., David Lee**
**and Peggy Lee**
Philip R. Green, Esq.
Law Offices of Green & Green
1000 Fourth Street, Suite 595
Courthouse Square
San Rafael, CA 94901

Manual Notice List and CERTIFICATE OF SERVICE VIA ELECTRONIC MAIL:

I served said documents to be transmitted by e-mail using Microsoft Outlook. The names and e-mail addresses of the persons served are set forth in below. A report was properly issued by Microsoft Outlook, and the e-mail was reported as being sent without error.

**Attorneys for,**
**Alphaville Designs, Inc., David Lee**
**and Peggy Lee**
Philip R. Green, Esq.
Law Offices of Green & Green
1000 Fourth Street, Suite 595
Courthouse Square
San Rafael, CA 94901
Email: phil@greenandgreen.com

-1-

CERTIFICATE OF SERVICE                              Case No.: 08-CV-0778-MHP

1    I am aware that on motion of the party served, service is presumed invalid if postal
2  cancellation date or postage meter date is more than one day after the date of deposit for mailing an
3  affidavit.
4    I declare that I am employed in the office of a member of the Bar of this Court at whose
5  direction the service was made and that this declaration was executed on April 18, 2008, at
6  Redwood Shores, California.  I declare under penalty of perjury under the laws of the State of
7  California, and the United States of America, that the foregoing is true and correct.

9    Executed on April 18, 2008        _____
                                        Alice P. Kava

#1039516-v1                        -2-
CERTIFICATE OF SERVICE                                    Case No.: 08-CV-0778-MHP