1  KARINEH KHACHATOURIAN (SBN 202634)
   Email: kkhachatourian@mintz.com
2  BRYAN J. SINCLAIR (SBN 205885)
   Email: bsinclair@mintz.com
3  MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO PC
   1400 Page Mill Road
4  Palo Alto, CA 94304-1124
   Telephone: (650) 251-7700
5  Facsimile: (650) 251-7739

6  GEORGE GOTTLIEB (ADMITTED *PRO HAC VICE*)
   Email: ggottlieb@grr.com
7  MARC P. MISTHAL (ADMITTED *PRO HAC VICE*)
   Email: mmisthal@grr.com
8  GOTTLIEB RACKMAN & REISMAN, P.C.
   270 Madison Avenue
9  New York, NY 10016-0601
   Telephone: (212) 684-3900
10 Facsimile: (212) 684-3999

11 Attorneys for Plaintiff and Counter-Defendant,
   KNOLL, INC.
12

13            UNITED STATES DISTRICT COURT

14            NORTHERN DISTRICT OF CALIFORNIA

15 | KNOLL, INC., a Delaware corporation, | Related Case No. 08-CV-0778-MHP |

16 |            Plaintiff, | **NOTICE OF SUBSTITUTION OF** |

17 |      vs. | **COUNSEL FOR KNOLL, INC. AND [PROPOSED] ORDER** |

18 | DANRICK COMMERCE GROUP, LLC a/k/a MODERNCOLLECTIONS.COM, DANNY | Judge: Honorable Marilyn H. Patel |

19 | LOUIE, and DOES A-Z, Retailers for Alphaville Design, Inc., | |

20 | | Complaint filed:    February 1, 2008 |
   |      Defendants. | Trial Date:         None set |

21 |   |

22 | AND RELATED COUNTERCLAIMS. |

23

24

25

26

27

28

1    Knoll, Inc. ("Knoll") hereby files this Notice of Substitution of Counsel and [Proposed]

2  Order substituting counsel for Buchanan Ingersoll & Rooney LLP as Knoll's counsel of record in

3  this matter. Knoll's substituted counsel are attorneys:

4            KARINEH KHACHATOURIAN (SBN 202634)
             Email: kkhachatourian@mintz.com
5            BRYAN J. SINCLAIR (SBN 205885)
             Email: bsinclair@mintz.com
6            JEFFREY M. RATINOFF (SBN 197241)
             Email: jratinoff@mintz.com
7            MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO PC
             1400 Page Mill Road
8            Palo Alto, CA 94304-1124
             Telephone: (650) 251-7700
9            Facsimile: (650) 251-7739

10  Dated: April 29, 2008                    Respectfully submitted,

11                                           BUCHANAN INGERSOLL & ROONEY LLP

12

13                                           By:  KARINEH KHACHATOURIAN
                                             Attorneys for Defendant and Counterclaimant,
14                                           KNOLL, INC. in re 07-CV-05569 MHP, and

15                                           Attorneys for Plaintiff,
                                             KNOLL, INC. in re 08-CV-0778 MHP

16                                           OF COUNSEL:

17                                           GEORGE GOTTLIEB (ADMITTED PRO HAC VICE)
                                             Email: ggottlieb@grr.com
18                                           MARC P. MISTHAL (ADMITTED PRO HAC VICE)
                                             Email: mmisthal@grr.com
19                                           GOTTLIEB RACKMAN & REISMAN, P.C.
                                             270 Madison Avenue
20                                           New York, NY 10016-0601
                                             Telephone: (212) 684-3900
21                                           Facsimile: (212) 684-3999

22

23  Buchanan Ingersoll & Rooney LLP consents to the above substitution of counsel.

24  Dated: April 29, 2008                    BUCHANAN INGERSOLL & ROONEY LLP

25

26                                           By:

27  ///

28  ///

                                    - 1 -

NOTICE OF SUBSTITUTION OF COUNSEL FOR KNOLL, INC. AND [PROPOSED] ORDER
                                            Case No. 08-CV-0778-MHP

1 | Knoll, Inc. consents to the above substitution of counsel.

2 | Dated: April 29, 2008                  KNOLL, INC.

3 |

4 |                                        By:  Michael A. Pollner,
                                                Vice President, General Counsel and Secretary

5 |

6 |           **IT IS SO ORDERED.**

7 |

8 |

9 | Dated:          , 2008

10 |                                       THE MARILYN H. PATEL
                                          JUDGE OF THE UNITED STATES DISTRICT COURT

11 |

12 |

13 |

14 |

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

#1039574-v1

- 2 -

NOTICE OF SUBSTITUTION OF COUNSEL FOR KNOLL, INC. AND [PROPOSED] ORDER
Case No. 08-CV-0778-MHP