1  KARINEH KHACHATOURIAN (SBN 202634)
   Email: kkhachatourian@mintz.com
2  BRYAN J. SINCLAIR (SBN 205885)
   Email: bsinclair@mintz.com
3  MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO PC
   1400 Page Mill Road
4  Palo Alto, CA 94304-1124
   Telephone: (650) 251-7700
5  Facsimile: (650) 251-7739

6  GEORGE GOTTLIEB (ADMITTED *PRO HAC VICE*)
   Email: ggottlieb@grr.com
7  MARC P. MISTHAL (ADMITTED *PRO HAC VICE*)
   Email: mmisthal@grr.com
8  GOTTLIEB RACKMAN & REISMAN, P.C.
   270 Madison Avenue
9  New York, NY 10016-0601
   Telephone: (212) 684-3900
10 Facsimile: (212) 684-3999

11 Attorneys for Plaintiff and Counter-Defendant,
   KNOLL, INC.
12

13                UNITED STATES DISTRICT COURT

14                NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KNOLL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DANRICK COMMERCE GROUP, LLC a/k/a MODERNCOLLECTIONS.COM, DANNY LOUIE, and DOES A-Z, Retailers for Alphaville Design, Inc.,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Related Case No. 08-CV-0778-MHP<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL FOR KNOLL, INC. AND [PROPOSED] ORDER**<br><br>Judge: Honorable Marilyn H. Patel<br><br>Complaint filed: February 1, 2008<br>Trial Date: None set |

1  Knoll, Inc. ("Knoll") hereby files this Notice of Substitution of Counsel and [Proposed]
2  Order substituting counsel for Buchanan Ingersoll & Rooney LLP as Knoll's counsel of record in
3  this matter. Knoll's substituted counsel are attorneys:
4  KARINEH KHACHATOURIAN (SBN 202634)
   Email: kkhachatourian@mintz.com
5  BRYAN J. SINCLAIR (SBN 205885)
   Email: bsinclair@mintz.com
6  JEFFREY M. RATINOFF (SBN 197241)
   Email: jratinoff@mintz.com
7  MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO PC
   1400 Page Mill Road
8  Palo Alto, CA 94304-1124
   Telephone: (650) 251-7700
9  Facsimile: (650) 251-7739

10 Dated: April 29, 2008                Respectfully submitted,

11                                      BUCHANAN INGERSOLL & ROONEY LLP

12                                      By: KARINEH KHACHATOURIAN
13                                      Attorneys for Defendant and Counterclaimant,
                                        KNOLL, INC. in re 07-CV-05569 MHP, and
14
                                        Attorneys for Plaintiff,
15                                      KNOLL, INC. in re 08-CV-0778 MHP

16                                      OF COUNSEL:

17                                      GEORGE GOTTLIEB (ADMITTED *PRO HAC VICE*)
                                        Email: ggottlieb@grr.com
18                                      MARC P. MISTHAL (ADMITTED *PRO HAC VICE*)
                                        Email: mmisthal@grr.com
19                                      GOTTLIEB RACKMAN & REISMAN, P.C.
                                        270 Madison Avenue
20                                      New York, NY 10016-0601
                                        Telephone: (212) 684-3900
21                                      Facsimile: (212) 684-3999

22

23 Buchanan Ingersoll & Rooney LLP consents to the above substitution of counsel.

24 Dated: April 29, 2008                BUCHANAN INGERSOLL & ROONEY LLP

25

26                                      By:

27 ///

28 ///

- 1 -
NOTICE OF SUBSTITUTION OF COUNSEL FOR KNOLL, INC. AND [PROPOSED] ORDER
Case No. 08-CV-0778-MHP

1  Knoll, Inc. consents to the above substitution of counsel.

2  Dated: April 29, 2008                KNOLL, INC.

3

4                                       By: Michael A. Pollner,
                                             Vice President, General Counsel and Secretary
5

6       **IT IS SO ORDERED.**

7

8  Dated: 4/30      , 2008

9                                        THE MARILYN H. PATEL
                                         JUDGE OF THE UNITED STATES DISTRICT COURT
10

IT IS SO ORDERED
Judge Marilyn H. Patel

#1039574-v1

-2-
NOTICE OF SUBSTITUTION OF COUNSEL FOR KNOLL, INC. AND [PROPOSED] ORDER
Case No. 08-CV-0778-MHP