KARINEH KHACHATOURIAN (SBN 202634)
Email: karineh.khachatourian@klgates.com
JEFFREY M. RATINOFF (SBN 205885)
Email: jeffrey.ratinoff@klgates.com
K & L GATES LLP

Palo Alto, California 94304
Telephone: (650) 798-6700
Facsimile: (650) 798-6701

GEORGE GOTTLIEB (ADMITTED *PRO HAC VICE*)
Email: ggottlieb@grr.com
MARC P. MISTHAL (ADMITTED *PRO HAC VICE*)
Email: mmisthal@grr.com
GOTTLIEB RACKMAN & REISMAN, P.C.
270 Madison Avenue
New York, NY 10016-0601
Telephone: (212) 684-3900
Facsimile: (212) 684-3999

Attorneys for Plaintiff, KNOLL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KNOLL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DANRIC COMMERCE GROUP, LLC a Delaware corporation and DANNY LOUIE,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. 08-CV-00778 MHP<br><br>**VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>Judge: Honorable Marilyn H. Patel<br><br>Complaint filed: February 1, 2008<br>Trial Date: N/A |

## VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii), Defendants, and Plaintiffs by and through their respective counsel of record, agree to dismissal of the above action. The dismissal is without prejudice and without any award for costs or attorney fees to either party.

13951.001.1391063v1

VOLUNTARY DISMISSAL WITHOUT PREJUDICE   Case No. 08-CV-00778 MHP

|     |                          |                                                      |
| --- | ------------------------ | ---------------------------------------------------- |
| 1   |                          |                                                      |
| 2   |                          | GOTTLIEB, RACKMAN & REISMAN, P.C.                    |
| 3   |                          | Attorneys for Knoll, Inc.<br>270 Madison Avenue      |
| 4   |                          | New York, New York 10016-0601<br>(212) 684-3900      |
| 6   | Date: March 29, 2010     | By: _/s/ Marc P. Misthal_<br>George Gottlieb (GG 5761)<br>Marc P. Misthal (MM 6636) |

DANRICK COMMERCE GROUP, LLC

Date: March 29, 2010     By: _____
                             Derrick Lee

DANNY LOUIE

Date: March 29, 2010     By: _____
                             Danny Louie

SO ORDERED

Date: 3/30/2010          _____
                         U.S.D.J.

IT IS SO ORDERED
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

13951.001.1391063v1

**VOLUNTARY DISMISSAL WITHOUT PREJUDICE**  Case No. 08-CV-00778 MHP